ORIGINAL

Robert Sigouin #92215-022

℅ FDC HONOLULU

PO BOX 30080

Hono., Hi, 96820

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 05 2006

at \_1\_ o'clock and \_40min\_ P\_M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

| | |
|---|---|
| U.SA<br>plaintiff<br>VS<br>ROBERT ALEXANDER SIGOUIN<br>Defendant | Case #CR05-00248 JMS<br>MANDATORY JUDICIAL NOTICE<br>OF IMMEDIATE TERMINATION<br>OF COUNSEL RICHARD S. KAWANA<br>ESQ.<br>By Robert Sigouin<br>(special appearance) |

MANDATORY JUDICIAL NOTICE OF IMEDIATE TERMINATION OF
COUNSEL RICHARD S. KAWANA ESQ.

Comes now Robert Sigouin a lawful man on
the land by "special appearance" not general.
I am an "injured, interested 3rd party intervener in Case/Account
#CR05-00248 JMS I am terminating the counsel of
RICHARD S. KAWANA ESQ forthwith for the
following reasons:

1. Making false statements about ROBERT A. SIGOUIN
2. Colluding with the US ATTORNEY
3. Lying to me and my family
4. Refusing to defend and protect my
ConstitutionaRights



5 - Ineffective assistance of counsel

6 - Not giving full disclosure of my case.

7. Refusing to file my requests in court several
times breaching his fiduciary duty.

By Robert Siqouin lawful man
Robert Siqouin                    1-3-2006 A.D.

Affidavit in Support of MANDATORY JUDICIAL
NOTICE OF IMMEDIATE TERMINATION OF COUNSEL
RICHARD S. KAWANA ESQ.

The above statements in the MANDATORY JUDICIAL
NOTICE OF IMMEDIATE TERMINATION OF COUNSEL
RICHARD S. KAWANA ESQ are all true, correct, not
misleading, the truth, whole truth, and nothing but the
truth to the best of my 1st hand knowledge I Robert
Siqouin a lawful man and living soul do affirm this
Affidavit with unlimited commercial liability

Signed under penalty of purjury
before God and man.

Robert Siqouin

STATE OF Hawaii        )
                       )SS.
COUNTY OF Honolulu     )

On this  3rd  day of  January , 2006 , before me personally appeared
Robert Sigoun                  to me known to be the person(s) described in
and who executed the foregoing instrument, and acknowledged hat he/she/they
executed the same as his/her/their free act and deed.


WITNESS my hand and official seal.



_Caw E. K. Cumto_
Comm Exp: 08/25/2006



Federal Detention Center Honolulu
Government Notary 838-4200



L.S.

Edward Szymanski #92145-022
c/o FDC HONOLULU
PO BOX 30080
HONOLULU HI 96820

HONOLULU HI 968    JAN    4    2006    PM

HONOLULU HI 968    JAN

SUE BEITIA, CLERK
U.S. DISTRICT COURT DISTRICT OF HAWAII
300 ALA MOANA BLVD
HON, HI    96850