Robert Sigouin
c/o FDC Honolulu
P.O. Box 30017
Honolulu, HI 96820

1-3-2006 A.D.

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 05 2006

at 1 o'clock and 40 min P M
SUE BEITIA, CLERK

I Robert Sigouin certify that I hand-delivered a copy of the MANDATORY JUDICIAL NOTICE OF IMMEDIATE TERMINATION OF COUNSEL RICHARD S. KAWANA ESQ. to the parties below.

SUE BEITIA, CLERK,
U.S. DISTRICT COURT DISTRICT OF HAWAII,
300 ALA MOANA BLVD.,
HONO, HI 96850

MARK A. INCIONG ESQ,
AUSA PJKK FEDERAL BLDG RM 6-100
300 ALA MOANA BLVD BOX 50183
HONO., HI., 96850

RICHARD S. KAWANA ESQ.
810 RICHARDS ST., SUITE 851
HONO., HI., 96813

*Robert Sigouin* (signature)