EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawai'i

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG  CA BAR #163443
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawai'i  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00248 JMS |
| | ) | |
| Plaintiff, | ) | ORDER TO CONTINUE TRIAL |
| | ) | AND EXCLUDE TIME |
| | ) | |
| ROBERT ALEXANDER SIGOUIN,   (2) | ) | OLD TRIAL DATE: 01/24/06 |
| KEVIN PATRICK CASH,   (3) | ) | NEW TRIAL DATE: 03/29/06 |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

ORDER TO CONTINUE
TRIAL AND EXCLUDE TIME

IT IS HEREBY ORDERED that the jury trial scheduled for

January 24, 2006, be continued to March 29, 2006 at 9:00 a.m.

before the Honorable J. Michael Seabright, United States

District Judge.  The Final Pretrial Conference is set for

February 27, 2006 at 10:00 a.m. before Magistrate Judge Kevin S.C. Chang.  Defendants' motions are due February 13, 2006, and the Government's responses are due February 27, 2006.

The reason for the continuance is that Defendant Sigouin's motion to terminate counsel, Richard Kawana, Esq., was granted without objection by attorney Kawana or the United States.  Additional time is needed so that Defendant Sigouin's new defense counsel will have adequate time to review discovery, confer with his client and exercise due diligence so that he can effectively represent Defendant Sigouin. The trial date for co-defendant Cash must consequently be continued as well due to the fact that there has been no severance of the defendants or charges in this case thus far.  The Government has no objection to the continuance.

IT IS FURTHER ORDERED that the period beginning January 24, 2006 to and including March 29, 2006 be excluded from the computations required by the Speedy Trial Act, Title 18, United States Code, Section 3161.  The Court finds that the ends of justice outweigh the best interest of the public and the Defendant in a speedy trial because the continuance allows counsel for Defendant Sigouin the reasonable time necessary for effective preparation, taking into account the exercise of due diligence in accordance with 18 U.S.C. § 3161(h)(8)(B)(iv).

```
     IT IS SO ORDERED.

     DATED: Honolulu, Hawai'i, January 11, 2006.
```



```
                              _____
                              Leslie E. Kobayashi

                              United States Magistrate Judge
```

United States v. Sigouin & Cash
CR. NO. 05-00248 JMS
"Order To Continue Trial and Exclude Time"