# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/18/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR NO. 05-00248JMS

CASE NAME:         USA vs. (02) ROBERT ALEXANDER SIGOUIN

ATTYS FOR PLA:     Mark A. Inciong

ATTYS FOR DEFT:    (02) Jerry I. Wilson

INTERPRETER:

JUDGE:     Leslie E. Kobayashi          REPORTER:     FTR-Courtroom 7

DATE:      1/18/2006                    TIME:         10:46-10:49

COURT ACTION:   EP: Status Conference Re: Counsel - Defendant present in custody.

Counsel informs the Court about conflict.  New CJA Atty Apptd for Defendant (02).  Atty Glenn D. Choy Apptd Atty.

Wilson to prepare Withdrawal and Substitution of Counsel.

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager