

Of Counsel:
Jerry I. Wilson
Attorney At Law
A Law Corporation

JERRY I. WILSON    1961
Suite 1450, 220 South King Street
Honolulu, Hawaii  96813-4542
Telephone:  (808) 536-9307

Attorney for Defendant
  ROBERT ALEXANDER SIGOUIN (02)

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 7 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

LODGED

JAN 26 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            )<br>      Plaintiff,    )<br>            )<br>   vs.         )<br>            )<br>ROBERT ALEXANDER SIGOUIN, (02))<br>            )<br>      Defendant.    )<br>            )<br>            )<br>            )<br>            )<br>            )<br>            )<br>            ) | CR. NO. 05-00248-02 JMS<br><br>ORDER GRANTING ORAL MOTION TO<br>WITHDRAW AS COUNSEL FOR<br>DEFENDANT AND TO APPOINT NEW<br>COUNSEL<br><br><br>Hearing Date:<br>  Wednesday, January 18, 2006,<br>  at 10:30 a.m.<br><br>Magistrate<br>Judge:    LESLIE E. KOBAYASHI |

**ORDER GRANTING ORAL MOTION TO WITHDRAW
AS COUNSEL FOR DEFENDANT AND TO APPOINT NEW COUNSEL**

The above-entitled matter having duly come on for hearing before the Honorable LESLIE E. KOBAYASHI on Wednesday, January 18, 2006, at approximately 10:30 a.m., and

Assistant U.S. Attorney MARK A. INCIONG appearing on behalf of the United States of America, and JERRY I. WILSON, ESQ., appearing on behalf of Defendant ROBERT ALEXANDER SIGOUIN, who was present, and

The Court, having considered the oral motion to withdraw as counsel and to appoint new counsel, and the other pleadings and records on file herein, having considered the statements of Mr. Wilson and Mr. Inciong, and being fully advised in the premises,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. Mr. Wilson is permitted to withdraw as counsel for Defendant ROBERT ALEXANDER SIGOUIN and CJA Panel attorney GLENN D. CHOY is hereby appointed to represent him.

DATED: Honolulu, Hawaii, 1/26/06.

_____
LESLIE E. KOBAYASHI
Judge of the Above-Entitled Court

APPROVED AS TO FORM:

_____
MARK A. INCIONG
Assistant U.S. Attorney

United States of America v. Robert Alexander Sigouin, CR. NO. 05-00248(02) JMS; ORDER GRANTING ORAL MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT AND TO APPOINT NEW COUNSEL