ORIGINAL

RICHARD S. KAWANA #1608
Attorney at Law
4 South King Street, Suite 201
Honolulu, Hawaii 96813
Tel. No.: (808) 536-6805
Fax No.: (808) 536-7195

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00248 JMS 02 |
|---|---|---|
| | ) | |
| Plaintiff, | ) | WITHDRAWAL AND |
| | ) | SUBSTITUTION OF COUNSEL; |
| vs. | ) | ORDER |
| | ) | |
| ROBERT ALEXANDER SIGOUIN, (02), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Whereas, a joint motion for withdrawal and substitution of counsel by both Richard S. Kawana, Esquire, court-appointed counsel for Defendant, and Defendant Robert Alexander Sigouin, was heard on Friday, January 6, 2006 before the Honorable Leslie E. Kobayashi, United States Magistrate Judge;

Whereas, the court found good cause to grant such motion after due inquiry of counsel and of the Defendant, and the government, by Mark A. Inciong, Assistant U.S. Attorney, having no objection;

NOW, THEREFORE, RICHARD S. KAWANA, Esquire, hereby withdraws as counsel and GLENN D. CHOY, Esquire, hereby enters an appearance as substituting counsel, for Defendant Robert Alexander Sigouin.

Dated: Honolulu, Hawaii, _____JAN 2 7 2006_____.

_____     _____
RICHARD S. KAWANA                    GLENN D. CHOY
Withdrawing Counsel                  Substituting Counsel


APPROVED AND SO ORDERED:

_____
LESLIE E. KOBAYASHI
United States Magistrate Judge

---

United States of America v. Robert Alexander Sigouin, Cr. No. 05-00248 JMS 02; Withdrawal and Substitution of Counsel; Order