FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 30 2006

## Certificate of Service

at \_\_8\_\_ o'clock and \_\_00\_\_ min. \_A\_ M
SUE BEITIA, CLERK

A Copy of the MANDATORY JUDICIAL NOTICE OF VINDICTIVE PROSECUTION, VIOLATION OF SPEEDY TRIAL AND PETITION FOR IMMEDIATE DISMISSAL OF CASE# CR 05-00248 J.M.S. AND AFFIDAVIT in support has been delivered by MAIL to the following:

SUE BEITIA, CLERK,
300 ALA MOANA BLVD.,
THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
HONOLULU, HAWAII 96850

HONORABLE J MICHAEL SEABRIGHT
THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
HONOLULU, HAWAII 96850

MARK A. INCIONG, CA BAR#163443
ASSISTANT U.S. Attorney,
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Blvd.,
Hono., HI, 96850