ORIGINAL

Robert Sigouin #92215-022
c/o FDC Honolulu
PO Box 30080
Hono, Hi., 96820

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 30 2006

at _____ o'clock and _____ min ___ M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

| | |
|---|---|
| USA<br>plaintiff<br>vs<br>ROBERT ALEXANDER SIGOUIN<br>Defendant | Case # CR 05-00248 JMS.<br>MANDATORY JUDICIAL NOTICE OF DENIAL OF EIGHTH AMENDMENT RIGHTS OF ROBERT ALEXANDER SIGOUIN AND PETETION FOR IMMEDIATE RELEASE OF ROBERT ALEXANDER SIGOUIN and Affidavit in support<br>By Robert Sigouin<br>(special appearance) |

MANDATORY JUDICIAL NOTICE OF DENIAL OF EIGHTH AMENDMENT RIGHTS OF ROBERT ALEXANDER SIGOUIN AND PETITION FOR IMMEDIATE RELEASE OF ROBERT ALEXANDER SIGOUIN.

Comes now Robert Sigouin a lawful man on the land by (special appearance) not general. I am accusing FDC Honolulu of DENIAL OF EIGHTH AMENDMENT RIGHTS OF ROBERT ALEXANDER SIGOUIN for the following reasons: On MONDAY the 23rd of JAN, 2006 A.D. MR. SIGOUIN complained of a very painful tooth so on TUESDAY MORNING when the pill line came he told the nurse about it insisted it was very painful so he told MR SIGOUIN he would report it immediately so MR. SIGOUIN gave him a request form he had made to the dental department. Later that morning during sick call he also made his pain known to another attendant who told him

he would surely tell dental. Well meanwhile MR. SIGOUIN started to take 800MG. of IBUPROFEN that he purchased from the commissary his jaw started to swell so he told the evening nurse who took his temperature looked at his teeth acknowledged the serious damage and absess told him he would make a special note to dental for WEDNESDAY morning well the pain was so bad SIGOUIN had to take 800MGrms of IBUPROFIN every 4 hours + still nothing from dental all day WEDNESDAY the swelling just got bigger. Theres no way DENTAL at FDC Honolulu is so busy that the could not take the time to help this guy. but

When ROBERT ALEXANDER SIGOUIN was arrested MAY 30th 2005 A.D. they examined his teeth and know how bad they were then so they could only get worse you see the policy here is they dont care for you until you are sentenced if you insist of your innocence like MR SIGOUIN you're out of luck. ROBERT ALEXANDER SIGOUIN has many, at least 20 fatty tumors on his body + several months back when a new one began forming he asked for a doctor when a doctor examined him he told SIGOUIN we won't cut that out when SIGOUIN said it worryed him greatly and he had his own medical plan it would not cost the government anything he was still denyed + told well maybe when you get sentenced which SIGOUIN does not plan to happen because he believes he's not guilty

but they keep postponing his trial he could die of cancer or blood poisoning or even some eye or brain damage from his teeth if you've ever had a tooth ache bad enough to cause a huge abress in just one day you would know this is torture they are doing + falls under cruel + unusual punishment because of the terrible pain of the teeth + the great stress of the tumor's it's prejudice and completely against the 8th amendment to the constitution of the United States.

I demand IMMEDIATE RELEASE OF prisoner ROBERT ALEXANDER SIGOUIN its the law.

Signed under penalty of perjury before GOD and man.

*Robert Sigouin*

"Affidavit in support of MANDATORY JUDICIAL NOTICE OF DENIAL OF EIGHTH AMENDMENT RIGHTS OF ROBERT ALEXANDER SIGOUIN AND PETITION FOR IMMEDIATE RELEASE OF ROBERT ALEXANDER SIGOUIN.

The above statements in the MANDATORY JUDICIAL NOTICE OF DENIAL OF EIGHTH AMENDMENT RIGHTS AND PETITION FOR IMMEDIATE RELEASE OF ROBERT ALEXANDER SIGOUIN are all true, correct not misleading, the truth, whole truth and nothing but the truth to the best of my first hand knowledge. I Robert Sigouin, a lawful man and living soul do affirm this Affidavit with unlimited commercial liability.

Signed under penalty of perjury before GOD and man.

*Robert Sigouin*

On this day the 25th of JAN 2006 before me personally appeared Robert Sigouin to me known to be the person described in and who executed the foregoing instrument, and acknowledged that he executed the same as his free act and deed.

Witness my signature

*Martin E Jones*    Martin E Jones