ORIGINAL        Jan 31, 2006 A.D

Robert Sigouin #92215-022
FDC Honolulu
PO Box 30080
Hono., Hi., 96820

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 2 2006

at __ o'clock and __ min. __M
SUE BEITIA, CLERK

## UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

| | |
|---|---|
| U.S.A. Plaintiff | Case # CR 05-00248 JMS. |
| vs. | MOTION TO PROCEED IN FORMA PAUPERIS |
| ROBERT ALEXANDER SIGOUIN Defendant | ORDER By Robert Sigouin (special appearance) |

### MOTION TO PROCEED IN FORMA PAUPERIS

Comes now "Robert Sigouin" a lawful man on the land by "special appearance" not general. I am an interested 3rd party intervener in Case/Account # CR 05-00248 J concerning the above reference matter, and hereby moves this Honorable Court to proceed without being required to prepay fees or costs, or post bonds or, to give security therefore, because of his status as an indigent.

This motion is based on the defendant ROBERT ALEXANDER SIGOUIN'S inability to pay fees or costs, or to post bonds, or to give security therefor, and that he believes he is entitled to relief. More specifically, this motion is based upon the defendants' Declaration in support of motion in Proceed In Forma Pauperis attached hereto:

Dated Jan 31st 2006 A.D

Robert Sigouin
Robert Sigouin

Robert Sigouin #92215-022
F.D.C. Honolulu
P.O. Box 30080
Hono., Hi., 96820

UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

| USA | ) | Case # CR05-00248 JMS. |
| Plaintiff | ) | DECLARATION IN SUPPORT OF MOTION TO |
| vs. | ) | PROCEED IN FORMA PAUPERIS |
| ROBERT ALEXANDER | ) | By |
| SIGOUIN | ) | Robert Sigouin |
| Defendant | ) | (special appearance) |

DECLARATION IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPE[RIS]

Comes now Robert Sigouin a lawful man on the land by "special appearance" not general. I am an interested 3rd party intervener in Case/Account # CR05-00248 JMS in the above reference matter, that in support of the Motion to Proceed In Forma Pauperis, without being required to prepay fees or costs, or to post bonds, or to give security therefor, I state because of my poverty, I am unable to pay costs of said proceedings or to post bonds or to give security therefor; that I believe that I am entitled to relief.

1- I am presently employed at FDC Honolulu as an Orderly. I earn approx 15 dollars a month.

2. I have not recieved any income from any other source including but not limited to, a business, profession or form of self employment, rent payments, interests, dividends, pensions, annuities, life insurance payments, gifts, inheritances, or any other source.

3. I do not have any cash, nor do I have money in a checking or savings account.

4. I do not own any real estate, stocks, bonds, notes, automobiles or any other valuble property.

I declare and certify under penalty of purjury, that the foregoing is true and correct to the best of my 1st hand knowledge.

Dated Jan 31st 2006 A.D.

*Robert Sig—*

Robert Sigouin