ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 06 2006

at 3 o'clock and 43 min. P M
SUE BEITIA, CLERK

Robert Sigouin #92215-022
FDC Honolulu
P.O. Box 30080
Hono, Hi, 96820

THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

| | Case #CR 05-00248 JMS. |
|---|---|
| USA. | MANDATORY JUDICIAL NOTICE OF DENIAL OF FIRST |
| Plaintiff | AND FOURTEENTH AMENDMENT RIGHT BY FDC |
| VS | HONOLULU AND PETETION FOR IMMEDIATE |
| ROBERT ALEXANDER | DISMISSAL OF ROBERT ALEXANDER SIGOUIN |
| SIGOUIN | And Affidavit in support |
| Defendant | By "Robert Sigouin" |
| | (special appearance) |

MANDATORY JUDICIAL NOTICE OF DENIAL OF FIRST AND FOURTEENTH AMMENDMENT RIGHT BY FDC HONOLULU AND PETITION FOR IMMEDIATE DISMISSAL OF ROBERT ALEXANDER SIGOUIN.

Comes now Robert Sigouin a lawful man on the land by "special appearance" not general. I am an interested 3rd party intervener in Case/Account #CR 05-00248 JMS. I am accusing the FDC Honolulu with Denial of First and Fourteenth Ammendment Rights for the following reasons:

ROBERT ALEXANDER SIGOUIN wrote a request for a notary to JULIE REITH on the 6th floor at FDC Honolulu then several days later asked he about the notary and she replied "well I put the request in her box" so knowing that there's another notary MR K.A. SIGOUIN wrote him requests 2 consecutive days, then after no response and seeing MR K.A. on the 6th floor asked JULIE REITH to please ask him to notarize some things he needed to send to the Courts to which he

to which he replied that he did not have his notary things with him and he would return when he had the time. Then on Thursday a week since the first request MR. SIGOUIN wrote a request directly to the Warden MR RATHMAN then on Sunday Mr La showed up on the 6th floor to see someone else so SIGOUIN asked him to please notarize his important papers that need to go to the Courts. It had been 9 or 10 days now since the first request for a notary and MR LA told SIGOUIN that he would not notarize the things he had because he works for the Federal Government and these papers are Motions against someone who works for the Government "the prosecutor" and that the Warden told him not to do it. So then MR SIGOUIN asked him to notarize a short 1 page letter he had written to the Civil Rights and Civil Liberties and he denied this request also which is when SIGOUIN told him that all he was asking him to do was witness a signature and that it was his Constitutional Right to free speech + access to the Courts when MR LA told him too bad and left. Since SIGOUIN has not been given his Right he considers this very frustrating, stressful and downright illegal. It's prejudice and against the Law therefore, ROBERT ALEXANDER SIGOUIN needs to be released and his case dismissed immediately

Feb 1st 2006 AD.

Robert Sig

"Affidavit in support of MANDATORY JUDICIAL NOTICE OF DENIAL OF FIRST AND FOURTEENTH AMENDMENT RIGHTS BY FDC HONOLULU AND PETITION FOR IMMEDIATE DISMISSAL OF ROBERT ALEXANDER SIGOUIN

The above statements in the MANDATORY JUDICIAL NOTICE OF DENIAL OF FIRST AND FOURTEENTH AMENDMENT RIGHTS BY FDC HONOLULU AND PETITION FOR IMMEDIATE DISMISSAL OF ROBERT ALEXANDER SIGOUIN are all true, correct, not misleading, the truth, whole truth, and nothing but the truth to the best of my 1st hand knowledge. I Robert Sigouin a lawful man and living soul do Affirm this Affidavit.

Signed under penalty of perjury before God and man.

*Robert S[ignature]*

On this day the 1st of Feb 2006 AD., before me personally appeared Robert Sigouin to me known to be the person described in and who executed the foregoing instrument and acknowledged that he executed the same as his free act and deed.

Witness my signature

*[signature]*

*[signature]*