ORIGINAL

Robert Sigouin #92215-022
℅ F.D.C. Honolulu
P.O. Box 30080
Hono., Hi., 96820

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 6 2006

at 3 o'clock and 43 min. P M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

| | |
|---|---|
| U.S.A. plaintiff vs. ROBERT ALEXANDER SIGOUIN Defendant | Case #CR 05-00248 JMS. MANDATORY JUDICIAL NOTICE OF FABRICATION OF EVIDENCE BY THE F.B.I. AND MARK A. INCIONG ESQ., A.U.S.A., AND WITHOLDING EVIDENCE BY THE F.B.I. and Affidavit in support of. By: Robert Sigouin (special appearance) |

MANDATORY JUDICIAL NOTICE OF FABRICATION OF EVIDENCE BY THE F.B.I. AND MARK A. INCIONG ESQ., A.U.S.A. AND WITHOLDING EVIDENCE BY THE F.B.I.

Comes now Robert Sigouin a lawful man on the land by (special appearance) not general. I am an interested 3rd party intervener in Case/Account #CR 05-00248 JMS. I am accusing the F.B.I and MARK A. INCIONG of fabricating evidence in the case vs ROBERT ALEXANDER SIGOUIN for the following reason:

The Indictments against ROBERT ALEXANDER SIGOUIN are fraudulent and fabricated because they state that MR. SIGOUIN possessed heroine when in Fact ROBERT ALEXANDER SIGOUIN never had possession of any heroine whatsoever when he was arrested and that's a fact, therefore the indictments are fraudulent and decieving.

WITHOLDING EVIDENCE BY THE F.B.I. involves many agents, this is causing great duress and stress on MR. SIGOUIN and his family.

Some of the agents involved are KAPI MURAOKA, STEVE MARCELENO, MARK MATO, RICHARD JONES, JEFFREY MERTENS, NOREEN APANA, EDWARD FEELEY, GREGORIO PEREZ, "Perez" this name rings a bell.

It's unlikely that when SIGOUIN was arrested the F.B.I. knew where he had lived or who he was but a few days later when they went to 6157 Makaniolu Pl. they were definately in very familiar surroundings. They'd been there several times because of MALIA DARRELL and PHIL NICO who are SIGOUIN's in laws. They were arrested about 1½ years before at NIU VALLEY SHOPPING CENTER with 2000 grams of heroine, but somehow MALIA DARRELL was released in only a few days but right after joined NICO in a hotel room provided by the F.B.I. while they informed on and had several people here in Hawaii + must have taken a trip to California because several people there were also arrested because of NICO + DARRELL. NICO even bragged about getting caught smoking crack cocaine in the room by the FBI. Then several months later NICO was released on what he claimed to be a technicallity. Then a few month's later NICO went to the STAR MARKET KAHALA BRANCH OF BANK OF HAWAII where he and DARRELL have done their banking for many years and robbed it so they could buy some crack to smoke then must have turned himself in to a

III

Friend at the F.B.I. because when the police went to 6157 MAKANIOLU PL. again to recover the remainder of the stolen money they caught DARRELL trying to hide it but did not even care. So this means that the F.B.I. had already been to 6157 MAKANIOLU PL. several times before, first several times for the heroine bust, then for the bank robbery (2000 grams of heroine) Then a few weeks later JOHN the young man SIGOUIN was paying $140 a gram to, for heroine called SIGOUIN and asked him to meet him at the MAILI SKY COURT but when he showed up he got arrested after which he said he did not know the young woman GUERRERO and had no idea why she would say that she knew him and had delivered heroine to him previously but now that he knows the whole story after many months in prison finding out facts it's a very sad and dangerous situation that the F.B.I. is trying to cover up and something must be done to correct it.

First you must know that SIGOUIN's drug problem was very private he never used drugs near his wife, children or NICO or DARRELL never. He had no idea they were dealing + having drugs delivered to the house because roofing is real hard work + demands most of his attention + time so that when JOHN the young man SIGOUIN bought his stash from gave him the number of someone named RUBY where he could be reached he thought nothing of it.

Well it turns out to be that RUBY must be the person who was supplying JOHN who supplied SIGOUIN, and RUBY who is mentioned on SIGOUINS discovery is RUBY PEREZ, is related to GRISELDA PEREZ MEDINA, AMERICA MARIA SALOMON PEREZ and FERMEN MORAN FLORES who must all have something to do with the people or are some of the people who NICO + DARRELL informed on.

You see whe NICO was released after being caught with 2,000 gr of heroine he found out that several of the people he had arrested + was testifying on wanted "him especially" + her (DARRELL) <u>dead and</u> were willing to pay for it.

Not caring about anyone but himself not even the family who let him move in + was so kind to him went + robbed his own bank to get money to have a party then gets arrested; only gets 3 years for the bank robery finds out if he goes to a PRISON on the mainland he will be killed so the FBI are keeping him at FDC Hoholulu.

Meanwhile DARRELL is still living with WENDIE SIGOUIN (her sister) michelle Sigouin 11yrs old they are ROBERT ALEXANDER SIGOUIN'S wife and daughter; are all in danger because DARRELL is also a informant + NICO'S girlfriend and if they move on her <u>they might all be killed</u>.

IF NICO was so scared that he had himself put back in such a <u>terrible place as prison</u>

it must have been for real, + since being in prison SIGOUIN has heard the whole story and that the people NICO ratted on had been supplying the islands for many years so because of the respect SIGOUIN has in the community + because of all the local folk he has met being a roofer for 30 years he believes that there is a chance that "this group" arranged for him to be in the wrong place at the wrong time get arrested so they could remove him from 6157 MAKANIOLU PL. to make it possible to get to NICO without SIGOUIN in the way. because they did not know NICO was back in prison. Well, DARRELL is still there + if they decide to make an example of her for NICO to see SIGOUIN wife + daughter could also be killed. This is no small group they ratted on they are serious + SIGOUIN is very scarred for his family's life.

When he told the F.B.I. he knew about the whole story they down right lied to him right in front (of his counsel at that time, RICHARD KAWANA) and said they knew nothing of NICO or DARRELL "right". Sigouin asked why don't they protect the inocent people whose lives they put in danger and they still denied knowing anything about it. Sigouin said that don't you think there might be a chance that the whole thing with NICO, DARRELL + all the people they were ratting + testifying on might be

the reason why he was set up by someone to remove him from the house & they still deny knowing NICO and DARRELL.

SIGOUIN can have NICO, DARRELL, the people in prison who NICO confided in & the F.B.I. made to testify to the fact that they caused a reasonable doubt in why he was arrested but the most serious thing here are that his family's lives are in danger and the F.B.I. won't even admit any guilt whatsoever what kind of justice is this; the government & courts should be very ashamed of themselves for creating these types of a situation and turning a blind eye to it, when young children and their mother & grandmother might be killed, 3 whole generations & they don't care. Shame, Shame, Shame on you! What has this country come to when the Constitution and the Bible don't matter to the lawmen anymore. ROBERT ALEXANDER SIGOUIN has never sued or even thought of it in his entire life but let me tell you if something should happen to this family while he cannot be there to protect them watch out. ROBERT ALEXANDER SIGOUIN will be deported anyhow so you need to let this man get to CANADA establish himself in a country he does not know so he can have his family relocated because in less than 2 years when NICO gets out he is going to the only place he knows 6157 Waikaualu Pl & then the F.B.I. won't protect him anymore because they don't need him anymore obviously, danger.

"Affidavit in support of MANDATORY JUDICIAL NOTICE OF FABRICATION OF EVIDENCE BY THE F.B.I. AND MARK A. INCIONG ESQ., A.U.S.A. and WITHOLDING EVIDENCE BY THE F.B.I. in Case/Account #CR 05-00248 JMS.

The above statements in the MANDATORY JUDICIAL NOTICE OF FABRICATION OF EVIDENCE BY THE F.B.I. AND MARK A. INCIONG ESQ., A.U.S.A AND WITHOLDING EVIDENCE BY THE F.B.I. are all true, correct, not misleading, the truth, whole truth, and nothing but the truth to the best of my 1st hand knowledge. I Robert Sigouin a lawful man and living soul do affirm this Affidavit with unlimited commercial liability.

Signed under penalty of perjury before GOD and man.

*Robert Sigouin*

On this day the 1st of Feb, 2006 AD before me personally appeared Robert Sigouin to me known to be the person described in and who executed the foregoing instrument, and acknowledged hat he executed the same as his free act and deed.

Witness my signature.