# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/16/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR05-00248JMS

CASE NAME:       USA v. (02) Robert Alexander Sigouin

ATTYS FOR PLA:   Mark Inciong

ATTYS FOR DEFT:  (02) Glenn Choy

INTERPRETER:

JUDGE:   Kevin S. C. Chang          REPORTER:   FTR C5

DATE:    2/16/2006                  TIME:       2:04-2:06:28pm

COURT ACTION:  EP: Status Conference Re: Competency Evaluation - defendant present, in custody.

The court received a call from the Bureau of Prisons inquiring whether counsel might agree to selection of an independent examiner locally.  Counsel to confer and report back to the court by Tuesday, 2/21/06.

Mr. Choy stated that defendant wishes to represent himself.  However, until the competency evaluation is completed, Mr. Choy will continue to represent defendant.

Defendant is remanded to the custody of the USMS.

Submitted by: Shari Afuso, Courtroom Manager