EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

MARK A. INCIONG CA BAR #163443
Assistant U.S. Attorney
Room 6-100, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808)541-2850
Facsimile:  (808)541-2958
E-mail:  mark.inciong@usdoj.gov

Attorneys for Plaintiff
United States of America


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-0248 JMS |
| | ) | |
| Plaintiff, | ) | STIPULATION REGARDING THE |
| | ) | MENTAL COMPETENCY EVALUATION |
| vs. | ) | OF DEFENDANT SIGOUIN |
| | ) | |
| ROBERT ALEXANDER SIGOUIN, (2) | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |


### STIPULATION REGARDING THE MENTAL
### COMPETENCY EVALUATION OF DEFENDANT SIGOUIN

WHEREAS, pursuant to the Court's request of February 16, 2006 that the parties confer and determine whether an agreement may be reached as to whether the previously ordered mental competency evaluation of the Defendant could be accomplished locally;

NOW, THEREFORE, it is hereby stipulated and agreed as follows:

That undersigned counsel jointly agree and stipulate that Marvin Acklin, Ph.D., of Honolulu, Hawaii, be designated to perform the mental competency evaluation of Defendant Robert Alexander Sigouin and prepare a written report pursuant to the terms and conditions contained within Magistrate Judge Kevin S.C. Chang's Order of February 9, 2006.

IT IS SO STIPULATED.

DATED: February 21, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Mark A. Inciong
   MARK A. INCIONG
   Assistant U.S. Attorney


/s/ Glenn D. Choy
GLENN D. CHOY, ESQ.
Attorney for Defendant

APPROVED AND SO ORDERED:
DATED: Honolulu, Hawaii, February 23, 2006.



Kevin S.C. Chang
United States Magistrate Judge

2

U.S. v. Robert A. Sigouin
CR No. 05-0248 JMS
Stipulation Re: Competency Evaluation