Robert Sigouin #92215-022
FDC Honolulu
PO Box 30080
Hono, Hi, 96820

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 22 2006

at __11__ o'clock and __00__ min. __A__ M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

| U.S.A. Plaintiff vs ROBERT ALEXANDER SIGOUIN Defendant | Case # CR05-00248 JMS<br>MANDATORY JUDICIAL NOTICE CONCERNING GLEN CHOY ATTORNEY AT LAW and Affidavit in support.<br>By Robert Sigouin (special appearance) |
|---|---|

MANDATORY JUDICIAL NOTICE CONCERNING GLEN CHOY ATTORNEY AT LAW and Affidavit in support.

Comes now Robert Sigouin a lawful man on the land by "special appearance" not general. I am ~~on this~~ a 3rd party intervener in Case/Account # CR05-00248 JMS. I am addressing this matter for the following reasons.

First and foremost Glen Choy Attorney at Law has no authority from ROBERT ALEXANDER SIGOUIN to represent him whatsoever anywhere.

ROBERT ALEXANDER SIGOUIN has told Magistrate Judge Kobayashi, Magistrate Judge Chang and Glen Choy Attorney at Law that he has no faith in Lawyers whatsoever and refuses to be represented by one.

Glen Choy Attorney at Law is not to be given any priveledged or confidential information concerning ROBERT ALEXANDER SIGOUIN and is not authorized by MR. SIGOUIN to represent or speak for him in or out of the courtroom ever.

If you need to correspond with MR. SIGOUIN you know where to reach him.

Thank you!

Affidavit in support of MANDATORY JUDICIAL NOTICE CONCERNING GLEN CHOY ATTORNEY AT LAW.

The above statements in the MANDATORY JUDICIAL NOTICE CONCERNING GLEN CHOY, ATTORNEY AT LAW are all true, correct, the truth, whole truth and nothing but the truth to the best of my 1st hand knowledge. I Robert Sigouin a lawful man and living soul do Affirm this affidavit.

Signed under penalty of perjury before God and man
Robert Sig—

On this day the 15th of Feb, 2006 AD before me personally appeared Robert Sigouin to me known to be the person described in and who executed the foregoing instrument and acknowledged that he executed the same as his free act and deed.

Witness my signature
Martin C. Jn—