ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 4 2006

at 10 o'clock and 15 min. A  M
SUE BEITIA, CLERK

GLENN D. CHOY Hawaii Bar #1985
Attorney at Law
735 Bishop Street, Suite 322
Honolulu, HI  96813
Telephone:  (808) 533-7007

Attorney for ROBERT ALEXANDER SIGOUIN [02]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00248-02 JMS |
|---|---|---|
| Plaintiff, | ) | NOTICE OF HEARING MOTION; MOTION FOR LEAVE FOR DEFENDANT TO PROCEED *PRO SE*; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE |
| vs. | ) | |
| ROBERT ALEXANDER SIGOUIN, | ) | |
| Defendant. | ) | Date: _____, 2006<br>Time:<br>Judge: Kevin S.S. Chang |

NOTICE OF HEARING MOTION

TO:    Assistant U.S. Attorney Mark A. Inciong
       Room 6100, Prince Jonah K. Kuhio Bldg.
       300 Ala Moana Blvd., Box 50183
       Honolulu, Hawaii  96850
       Attorney for Plaintiff

PLEASE TAKE NOTICE that Defendant, by and through his counsel, Glenn Choy, will bring the MOTION FOR LEAVE FOR DEENDANT TO PROCEED *PRO SE* on for hearing before Honorable Kevin S. S. Chang, Magistrate Judge of the above-entitled court, in his courtroom at the Prince Kuhio Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii on _____, the ___ day of _____, 2006 at the hour of _____ o'clock a.m./p.m. of said day, or as soon thereafter as counsel can be heard.

DATED: Honolulu, Hawaii, February 24, 2006.

```
                              _____
                              GLENN D. CHOY
                              Attorney for Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00248-02 JMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION FOR LEAVE FOR |
| vs. | ) | DEFENDANT TO PROCEED |
| | ) | PRO SE |
| ROBERT ALEXANDER SIGOUIN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

MOTION FOR LEAVE FOR DEFENDANT TO PROCEED PRO SE

COMES NOW ROBERT ALEXANDER SIGOUIN, through counsel GLENN CHOY, and hereby moves this Court for an order granting leave for Defendant to proceed pro se in the captioned matter.

This motion is based on FRCrP 12(b), Title 28 USC Sec. 1654, the attached declaration of counsel, and matters as set forth in the hearing on this motion.

DATED: February 24, 2006.

_____
GLENN CHOY
Attorney for Defendant