IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00248-02 JMS |
| | ) | |
| Plaintiff, | ) | DECLARATION OF COUNSEL |
| | ) | MOTION; MOTION FOR |
| vs. | ) | LEAVE FOR DEFENDANT TO |
| | ) | PROCEED *PRO SE*; |
| ROBERT ALEXANDER SIGOUIN, | ) | DECLARATION OF COUNSEL; |
| | ) | CERTIFICATE OF SERVICE |
| Defendant. | ) | |

### DECLARATION OF COUNSEL

I, GLENN CHOY, hereby declare as follows:

1. Declarant is the court-appointed attorney for Defendant;

2. Defendant has expressed his consistent and resolute desire to represent himself in the captioned matter, including trial proceedings;

3. 28 U.S.C. Sec. 1654 provides:

ß 1654. Appearance personally or by counsel

In all courts of the United States the parties may plead and conduct their own cases personally or by counsel as, by the rules of such courts, respectively, are permitted to manage and conduct causes therein.

4. Case law consistently shows that defendants' desire to represent themselves must be honored if the desire is expressed before jury is selected; e.g. Chapman v. U.S., 553 F.2d 886 (5th Cir. 1977);

5. Wherefore, the granting of leave to Defendant to proceed *pro se* is requested;

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

EXECUTED ON FEBRUARY 24, 2006.

_____
GLENN D. CHOY