# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/27/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR05-00248JMS |
| CASE NAME: | USA v. (02) Robert Alexander Sigouin |
| | (03) Kevin Patrick Cash |
| ATTYS FOR PLA: | Mark Inciong |
| ATTYS FOR DEFT: | (02) Glenn Choy |
| | (03) Mary Ann Barnard |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 2/27/2006 | TIME: | 10:22:38-10:28:40am |

COURT ACTION:  EP:
1. Motion for Leave for Defendant to Proceed Pro Se as to Defendant (02) Robert Alexander Sigouin
2. Final Pretrial Conference as to Defendants (02) Robert Alexander Sigouin and (03) Kevin Patrick Cash

Defendant 02 present, in custody
Defendant 03 present, not in custody


Court understands that Dr. Acklin will conduct an examination of defendant 02.  Counsel to check with Dr. Acklin as to the status of the examination.

Motion for Leave for Defendant to Proceed Pro Se as to Defendant (02) Robert Alexander Sigouin and Final Pretrial Conference as to Defendants (02) Robert Alexander Sigouin and (03) Kevin Patrick Cash shall be continued to 3/24/04 at 10:30am before Judge Kurren and held in abeyance pending the report from Dr. Acklin.  Said hearing may be advanced if the report comes back sooner from Dr. Acklin.

There being no objection from the government, defendant 03's request for a trial memo deadline is set for 3/20/06.

Defendant 02 is remanded to the custody of the USMS.

Submitted by: Shari Afuso, Courtroom Manager