Robert Sigouin #92215-022
FDC Honolulu
P.O. Box 30080
Hono., Hi, 96820

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 28 2006

at 12 o'clock and 20 min P M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

| USA.                | Case #CR 05-00248 JMS.                |
| Plaintiff           | MANDATORY JUDICIAL NOTICE OF PREJUDICE |
| VS.                 | DISCRIMINATION OF ROBERT ALEXANDER     |
| ROBERT ALEXANDER    | SIGOUIN and affidavit in support      |
| SIGOUIN             | By Robert Sigouin                     |
| Defendant           | (special appearance)                  |

MANDATORY JUDICIAL NOTICE OF PREJUDICE DISCRIMINATION OF ROBERT ALEXANDER SIGOUIN and affidavit in support:

Comes now Robert Sigouin a lawful man on the land by "special appearance" not general. I am an interested 3rd party intervener in Case/Account #CR05-00248 JMS. I am addressing this matter for the following reasons:

On Jan 30th 2006 AD. a Motion was filed in this case concerning Denial of Eighth Amendment Rights violation of ROBERT ALEXANDER SIGOUIN. One of the reasons for the motion states that on Jan 23rd 2006 AD. MR. SIGOUIN developed an abcess due to a infected tooth. When the dental department examined it he was given antibiotics and ibuprofen and later an apointment to remove the tooth for the 23rd of Feb, one whole month after the infection began. On the 23rd of Feb MR SIGOUIN recieved a memo postponing the apointment until Feb 28th 2006 AD, while MR SIGOUIN lives in pain. MR. SIGOUIN has been at FDC Honolulu since May 2005 AD, and within two weeks of his incarceration was taken to the medical department where the assistant there

next page

examined his teeth and told him how bad they *all* looked, this was when MR. SIGOUIN asked if they could *please* do whatever was needed please. He was told that when he was sentenced they could begin work on the teeth; to which he replied that he was not guilty of the accusation he was arrested for and had no intention of being sentenced, ~~they~~ but since the Federal Government was now responsible for him, could they please at least pull the teeth. It took until Feb 23rd "oh pardon me" Feb 28th 2006AD with terrible pain and infection before they might pull at least one tooth. LARRY PAGAN a inmate only since Jan 17th, 2006AD #95157-022 has already had dental work done here. RODNEY RODRIGUES a inmate only since Dec 5th 2005,AD #95534-022 has already had dental work done here.

    Because ROBERT ALEXANDER SIGOUIN is fighting his case which is his Constitutional Right and because he was born in Canada 58 years ago, they refer to him as an *Alien* instead of a *Canadian*, he is being *discriminated* and *prejudiced* against because all the facts in this matter all prove *discrimination* and *prejudice* of the worst kind.

    There's also the fact that MR. SIGOUIN has several tumors "over 20" which these people know about ROBERT ALEXANDER SIGOUIN has even told the doctor at FDC. that he has his own medical plan "Kaiser rated one of the top in the country" and it would cost them nothing, but still they *refuse* him treatment causing severe trauma and stress on MR. SIGOUIN and his family. What is it anyhow? Don't they want *real* doctors or dentists to see whats going on here at this facility? This is pure discrimination and prejudice obviously! No doubt about it!

next page

Now since MR. SIGOUIN has learned how to file Motions to the Courts, when laws against him are broken, I repeat broken, the Federal Government "you folks" have somehow managed to file a Motion for Mental Evaluation so they can once again postpone his trial, and at the same time "Oh what a coincidence!" put a hold on the motions "including this one" concerning several crimes they have "you folks" comitted to MR SIGOUIN since his arrest.

It's MR. SIGOUIN's Right to a fair trial without prejudice or discrimination!

Aparently, Obviously, without a doubt, the FEDERAL GOVERNMENT EMPLOYEES involved in this man's prosecution and incarceration "all paid with taxpayers money" have no respect whatsoever, nil, none, zilch, for the Constitution of the United States of America and the Laws of this Country!

This is not only a heinous crime it's a sin!

It's discrimination and prejudice at their finest by this Country's finest!

Now it's your Constitutional Right and Duty to Release this Man Immediately!

Affidavit in support of MANDATORY JUDICIAL NOTICE OF PREJUDICE DISCRIMINATION OF ROBERT ALEXANDER SIGOUIN.

The above statements in the MANDATORY JUDICIAL NOTICE OF PREJUDICE DISCRIMINATION OF ROBERT ALEXANDER SIGOUIN are all true, correct, the truth, whole truth, and nothing but the truth to the best of my 1st hand knowledge. I Robert Sigouin a lawful man and living soul do affirm this affidavit.

Signed under penalty of perjury before God and man

Robert Sigouin

On this day the 26th of Feb, 2006 AD, before me personally appeared Robert Sigouin to me known to be the person described in and who executed the foregoing instrument, and acknowledged that he executed the same as his free act and deed.

Witness my signature,

*[signature]*

Witness my signature,

*[signature]*

**RECEIVED**
CLERK, U.S. DISTRICT COURT
FEB 28 2006
DISTRICT OF HAWAII

Dear Sue Beitia,

I thank you so much for your great work and really apreciate the perfume.

Still no staples for the copy's but could you please file one into Case/Account #CR 05-00248 JMS. and please return me one stamped copy

Thanks again. I don't know what I'd do without you
Sincerely Robert Siguin

Case/Account # CR05-00248 JMS.

A copy of the MANDATORY JUDICIAL NOTICE OF PREJUDICE DISCRIMINATION OF ROBERT ALEXANDER BIGOUIN and Affidavit in support has been sent to:

SUE BEITIA, CLERK,
United States District Court,
District of Hawaii,
300 Ala Moana Blvd.
Hono., Hi 96850.

and

MARK INCIONG AUSA.

Honorable J. Michael Seabright,
United States District Court,
District of Hawaii,
300 Ala Moana Blvd;
Hono., Hi, 96850.

RECEIVED
CLERK, U.S. DISTRICT COURT
FEB 28 2006
DISTRICT OF HAWAII



Robert Sigouin #92215-022
FDC. Honolulu,
PO Box 30080,
Hono., Hi, 96820.

27 FEB 2006 PM HONOLULU HI 968
27 FEB 2006 PM

Sue Beitia, Clerk,
The United States District Court,
District of Hawaii,
300 Ala Moana Blvd.,
Honolulu, Hawaii, 96850

FEDERAL DETENTION CENTER
P.O. BOX 30080
HONOLULU, HI 96

"SPECIAL MAIL"

DATE: 27 FEB 2006

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or comment over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.

*Legal Mail*