Robert Sigouin #92215-022   ORIGINAL
FDC Honolulu
PO Box 30080
Hono., Hi, 96820

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 27 2006

at 3 o'clock and 38 min. PM
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

| U.S.A. Plaintiff vs. ROBERT ALEXANDER SIGOUIN Defendant | Case #CR 05-00248 JMS MANDATORY JUDICIAL NOTICE OF PETETION FOR IMMEDIATE RELEASE OF ROBERT ALEXANDER SIGOUIN and Affidavit in support. By Robert Sigouin (special appearance) |
|---|---|

MANDATORY JUDICIAL NOTICE OF PETETION FOR IMMEDIATE RELEASE OF ROBERT ALEXANDER SIGOUIN and Affidavit in support:

Comes now Robert Sigouin a lawful man on the land by "special appearance" not general. I am an interested 3rd party intervener in Case/Account #CR 05-00248 JMS I am addressing this matter for the following reason:

On February sixteenth, 2006 AD. Magistrate Judge Chang at approx. three P.M. in the courtroom in the presence of Glen Choy Attorney at law, ROBERT ALEXANDER SIGOUIN and Mark Inciong A.U.S.A. specifically told Prosecutor Mark Inciong that he had forty eight hours to make a decesion on MR. SIGOUIN'S Mental Evaluation Motion. Today is Thursday the twenty third of Feb 2006 one hundred and sixty four hours later and ROBERT ALEXANDER SIGOUIN still has no idea what was decided in this matter, this is one hundred and sixteen hours beyond the forty eight ~~hours~~ hour deadline and therefore ROBERT ALEXANDER SIGOUIN should be released with prejudice immediately.

Affidavit in support of MANDATORY JUDICIAL NOTICE OF PETETION FOR IMMEDIATE RELEASE OF ROBERT ALEXANDER SIGOUIN IN Case/Account #CR05-00248 JMS.

The above statements in the MANDATORY JUDICIAL NOTICE OF PETETION FOR IMMEDIATE RELEASE OF ROBERT ALEXANDER SIGOUIN are all true, correct, the truth, whole truth and nothing but the truth, to the best of my 1st hand knowledge. I Robert Sigouin a lawful man and living soul do affirm this affidavit.

Signed under penalty of perjury before God and man.

*Robert Sigo___*

On this day the 23rd of Feb, 2006 AD. before me personally appeared Robert Sigouin to me known to be the person described in and who is executing the foregoing instrument and acknowledged that he executed the same as his free act and deed.

Witness my signature;

*Martin E. Jones*

Witness my signature,

*Ernest ? Pase*