ORIGINAL

Robert Sigouin#92215-022
FDC Honolulu
PO Box-30080
Honolulu,Hawaii,96820.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 4 2006

at __10__ o'clock and __52__ min.__A__M
SUE BEITIA, CLERK

THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO-CR-05-00248 JMS |
| ) | |
| Plaintiff ) | PETITION IN SUPPORT OF MANDATORY JUDICIAL |
| ) | |
| VS ) | NOTICES SUBMITTED IN CASE NO-CR-05-00248 JMS |
| ROBERT ALEXANDER SIGOUIN) | |
| ) | By Robert Sigouin |
| Defendant ) | |
| ) | (Special appearance) |

PETETION IN SUPPORT OF MANDATORY JUDICIAL NOTICES SUBMITTED IN CASE#CR-05-00248JMS.


    Comes now Robert Sigouin a lawful man on the land by"special appearance".
I am an interrested third party intervener in Case/Account NO-CR-05-00248 JMS.I am
addressing this matter for the following reason:

    There have been several MANDATORY JUDICIAL NOTICES filed in this case that

have not been properly addressed by this Honorable Court including but not only:


1- MANDATORY JUDICIAL NOTICE OF DENIAL OF EIGTH AMENDMENT RIGHTS OF ROBERT
ALEXANDER SIGOUIN-Filed Jan 30th 2006.

2- MANDATORY JUDICIAL NOTICE OF VINDICTIVE PROSECUTION AND VIOLATION OF SPEEDY
TRIAL Filed Jan 30th 2006.

3- MANDATORY JUDICIAL NOTICE OF FABRICATION OF EVIDENCE BY THE F.B.I. AND MARK A.

INCIONG ESQ. A.U.S.A.,AND WITHOLDING EVIDENCE BY THE F.B.I.Filed Feb. 06 2006.

4- MANDATORY JUDICIAL NOTICE OF DENIAL OF FIRST AND FOURTEENTH AMENDMENT RIGHTS
BY F.D.C. HONOLULU.Filed Feb 06th,2006

5- MANDATORY JUDICIAL NOTICE OF PREJUDICE DISCRIMINATION OF ROBERT ALEXANDER
SIGOUIN Filed Feb 28th 2006.

C

CONCLUSION

Comes now Robert Sigouin, respectfully moves this Honorable Court to address all these matters as they all are very serious accusations and are in violation of the laws of THE UNITED STATES OF AMERICA and were all filed along with an affidavit in support.

Respectfully submitted,

_____
(agent)

On this day the, 12th of March, 2006 AD, before me personally appeared Robert Sigouin to me known to be the person described in and who executed the foregoing instrument and acknowledged hat he executed the same as his free will and deed.

Witness my signature,

_____

Witness my signature,

_____

A copy of the PETITION IN SUPPORT OF THE MANDATORY JUDICIAL NOTICES
Submitted in Case/Account #CR05-00248 JMS. have been delivered by US MAIL to:


SUE BEITIA,CLERK,
THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 Ala Moana Blvd.,
Honolulu,Hawaii,96850.


HONORABLE J. MICHAEL SEABRIGHT
THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 Ala Moana Blvd.,
Honolulu Hawaii 96850.


MARK A. INCIONG,A.U.S.A.
Room 6-100  PJKK Federal Building
300 Ala Moana Blvd.,
Honolulu Hawaii 96850.