# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/22/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CR 05-00248JMS

CASE NAME:    USA v. (02) James Sigouin, (03) Patrick Cash

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Barry M. Kurren          REPORTER:

DATE:    3/22/2006                 TIME:

COURT ACTION:  EO: The following motions are moved from 3-28-06 to 3-23-06 @ 11:30 a.m. before Magistrate Judge Barry M. Kurren at the agreement of the parties.

- Motion for Severance as to Defendant (02) Robert Alexander Sigouin
- Defendant (03) Kevin Patrick Cash's Motion for Severance of Defendants for Trial

Submitted by Richlyn Young, Courtroom Manager