IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00248-02 JMS |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| ROBERT ALEXANDER SIGOUIN, | ) | |
| Defendant. | ) | |

ORDER DENYING DEFENDANT ROBERT ALEXANDER SIGOUIN'S
MOTION TO TERMINATE COUNSEL

Defendant Robert Alexander Sigouin's motion regarding termination of counsel Richard Kawana filed on January 5, 2006 is hereby DENIED.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: March 23, 2006