IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00248-02 JMS |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| ROBERT ALEXANDER SIGOUIN, | ) | |
| Defendant. | ) | |

## ORDER DENYING DEFENDANT ROBERT ALEXANDER SIGOUIN'S MOTION CONCERNING ATTORNEY GLENN CHOY

Defendant Robert Alexander Sigouin's motion concerning his attorney Glenn Choy filed on February 22, 2006 is hereby DENIED.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: March 23, 2006