IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>ROBERT ALEXANDER SIGOUIN,  )<br>  )<br>  Defendant.  )<br>_____ ) | CR. NO. 05-00248-02 JMS |

ORDER DENYING DEFENDANT ROBERT ALEXANDER SIGOUIN'S
MOTION REGARDING MENTAL EVALUATION

Defendant Robert Alexander Sigouin's motion regarding government's failure to make a decision on his mental evaluation filed on February 27, 2006 is hereby DENIED.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: March 23, 2006