Robert Sigouin#92215-022
FDC Honolulu
PO Box 30080
HONO.,HI., 96820

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 23 2006

at 11 o'clock and 56 min, A M
SUE BEITIA, CLERK

THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

CASE NO.CR-05-00248-JMS.

UNITED STATES OF AMERICA )
)
    Plaintiff             ) MOTION FOR THE PRODUCTION OF WITNESSES AT THE
)
    VS                     ) FEDERAL GOVERNMENT'S EXPENSE.
)
ROBERT ALEXANDER SIGOUIN )
)
    Defendant           )
)
_____ )


MOTION FOR THE PRODUCTION OF WITNESSES AT THE FEDERAL GOVERNMENT'S EXPENSE.


    This Motion here advises the attorney representing the United States of America,Mark A. Inciong, that the following persons:
1- Glen D. Choy esq., 735 Bishop Street,Suite 322,Hono.,Hi.,96813.
2-Richard S. Kawana esq.,4 South King Street,Suite 201,Hono.,Hi.,96813.
3-Marvin W.Acklin PHD.,850 West Hind Drive,Suite 203,Hono.,Hi.,96821.
will be required as witnesses in the trial of ROBERT ALEXANDER SIGOUIN.
    The Federal Government will pay the witness fee required by the law should any of these individuals require them.However the Government is advised that these three individuals were all employed by the Federal Government of The United States of America on matters concerning this Case and should not expect witness fees, and therefore there is no need to produce the customary cashiers check for these persons.
    Wherefore the Defendant ROBERT ALEXANDER SIGOUIN, respectfully moves this Honorable Court to grant this motion requiring the above named Witnesses to testify at the Defendants Trial.

                                                                                     Respectfully submitted,

*March 21st, 2006 AD.*

                                                                                     Robert Sigouin

      A copy of the MOTION FOR PRODUCTION OF WITNESSES AT THE FEDERAL GOVERNMENT'S EXPENSE has been delivered by US Mail to:

Honorable J. Michael Seabright,
The United States District Court
District of Hawaii,
300 Ala Moana Blvd.,
Hono.,Hi., 96850.


Sue Beitia,Clerk,
The United States District Court,
District of Hawaii,
300 Ala Moana Blvd.,
Hono.,Hi., 96850.


Mark A. Inciong,A.U.S.A.,
Room 6-100, PJKK Federal Bldg.,
300 Ala Moana Blvd.,
Hono., Hi., 96850.