DEAR SUE BEITIA could you please send me a stamped copy of these Motions PLEASE.

                              Sincerely,

                              Robert Sigouin

MAHALO

**RECEIVED**
CLERK, U.S. DISTRICT COURT
MAR 2 3 2006
**DISTRICT OF HAWAII**

