AO 83 (Rev. 12/85) Summons in a Criminal Case

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 23 2006

at 3 o'clock and 10 min __ M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: **CR 05-00248 JMS** |
| **ROBERT ALEXANDER SIGOUIN (2)** | |
| (Name and Address of Defendant) | |

*Roman: Serve in cell.*

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | AS DESIGNATED |
| Before: Barry M. Kurren, United States Magistrate Judge | Date and Time<br>March 24, 2006 at 10:30 am |

To Answer a(n) Superceding Indictment

Charging you with a violation of Title 21 United States Code, Section(s) 846, 841 (a) (1) & (b) (1) (B).

Brief description of offense:
Count 1: Conspiracy to Distribute Narcotics - heroin, a Schedule I controlled substance
Count 2: Narcotics; attempt to possess, with intent to distribute heroin
Count 6: 21 U.S.C. Section 853 Criminal Forfeitures
Count 7: 18 U.S.C. Section (g)(5) (A) and 924 (a)(2) Alien in possession of ammunition

U.S. MARSHALS SERVICE
HONOLULU, HI
2006 MAR 17 AM 8:41
RECEIVED

| Sue Beitia | |
|---|---|
| Name and Title of Issuing Officer | |
| *[signature]* | March 16, 2006 |
| Signature of Issuing Officer/Deputy Clerk | Date |

AO 83 (Rev. 12/85) Summons in a Criminal Case                    CR 05-00248 JMS

## RETURN OF SERVICE

Service as made by me on:[1]                    Date  3/23/06

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: _U Dmg_

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
Name of person with whom the summons was left:_____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on  3/23/06
              Date

Mark M. Hanohano
Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure