# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/24/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 05-00248JMS-02 & 03 |
| CASE NAME: | United States of America vs. Robert Alexander Sigouin & Kevin Patrick Cash |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | |
| DATE: | 3/24/2006 | TIME: | |

COURT ACTION: Entering Order: The following motions will be heard on Friday, April 21, 2006 at 9:00 a.m. before the Honorable J. Michael Seabright.

1) Petition in Support of Mandatory Judicial Notices - Sigouin references: (1) 8th Amendment motion filed 1/30; (2) Vindictive Prosecution motion filed 1/30; (3) Motion Regarding Fabrication of Evidence filed 2/6; (4) Motion Regarding Denial of 1st and 14th Amendment Rights Because of Failure to Provide Notary filed 2/6; and (5) Motion Regarding Discriminatory Failure to Provide Medical Care filed 2/28.

2) Mandatory Judicial Notice of Prejudice, Discrimination filed 2/28.

3) Mandatory Judicial Notice of fabrication of evidence by the FBI and Mark Inciong; and withholding of evidence by the FBI, filed 2/16.

4) Mandatory Judicial Notice of Denial of First and Fourteenth Amendment Right, filed 2/6.

5) Mandatory Judicial Notice of Denial of Eight Amendment Rights, filed 1/30.

6) Mandatory Judicial Notice of Vindictive Prosecution, Violation of Speedy Trial and Petition for Immediate Dismissal, filed 1/30.

Submitted by: Dottie Miwa, Courtroom Manager
I personally hand delivered this Order to Mark Inciong, Mary Ann Barnard, Glenn Choy, Robert Sigouin.