# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/24/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00248JMS |
| CASE NAME: | USA v. (02) Robert Sigouin and (03) Kevin Cash |
| ATTYS FOR PLA: | Mark A. Inciong |
| ATTYS FOR DEFT: | (02) Robert Sigouin, Pro Se, Glenn Choy, Stand by Counsel, (03) Mary Ann Barnard |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 3/24/2006 | TIME: | 3:09 - 3:19 |

COURT ACTION:  A & P to the Fourth Superseding Indictment as to (03) Kevin Patrick Cash - deft (02) Robert Sigouin in custody and (03) Kevin Cash present on bail.  As to (03) Kevin Cash - arrn waived.  Plea of NOT GUILTY entered.

Motion for Severance as to Defendant (02) Robert Alexander Sigouin - DENIED. Inciong  to prepare order.

Defendant (03) Kevin Patrick Cash's Motion for Severance of Defendants for Trial - DENIED.  Inciong to prepare order.

New dates given:
JS/JT 4-25-06 @ 9 a.m., JMS
FPT 4-10-06 @ 10 a.m., KSC
Motions due 4-10-06
Response due 4-14-06

Deft (02) Robert Sigouin remanded to custody of U.S. Marshal.
Bail to continue as to (03) Kevin Cash.

Submitted by Richlyn Young, Courtroom Manager