ORIGINAL

Robert Sigouin #92215-022
FDC Honolulu
PO Box 30080
Hono., Hi., 96820.

THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 24 2006

at __ o'clock and __ min. __M
SUE BEITIA, CLERK

CASE NO-CR-05-00248-JMS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | MOTION DEMANDING REBUTTAL OF AFFIDAVIT'S |
| ) | |
| VS ) | ALREADY SUBMITTED WITH MOTIONS in Case No- |
| ) | |
| ROBERT ALEXANDER SIGOUIN ) | CR-05-00248-JMS. and affidavit in support. |
| ) | |
| Defendant ) | |
| ) | |

MOTION DEMANDING REBUTTAL OF AFFIDAVITS ALREADY SUBMITTED WITH MOTIONS in Case/Account NO-CR-05-00248JMS, and Affidavit in support.

    Comes now Robert Sigouin a lawful man on the land by "special appearance" not general. I am addressing this matter for the following reason:

    A LIEN OR A CLAIM CAN BE SATISFIED ONLY THROUGH REBUTTAL BY AFFIDAVIT, AFFIDAVIT POINT RESOLUTION BY JURY, OR PAYMENT, Rule 47(d). Until the matter is resolved as to who is correct, in case of a non resolution.
    LEGAL MAXIM: " If the plaintiff does not prove his Case, the Defendant is absolved".
    The only one who has any capacity or right or responsibility or knowledge to rebut an Affidavit of Truth is the one who is adversely affected by it. They must henceforth issue their own Affidavit because no one can speak for them.
    Therefore these Motions and Affidavits have been filed long enough without rebuttal so if no rebuttal is filed and sent to the Defendant at FDC Honolulu by March 27th 2006AD the Defendant is absolved.

Respectfully submitted,

March 22nd, 2006

Robert S_____

Robert Sigouin

Affidavit in support of MOTION DEMANDING REBUTTAL OF AFFIDAVITS ALREADY SUBMITTED WITH MOTIONS in Case/Account NO-CR-05-00248-JMS.

The above statements in the Motion demanding rebuttal of Affidavit's already submitted with Motions are all true, correct, the truth, the whole truth, and nothing but the truth, to the best of my first hand knowledge. I Robert Sigouin a lawful man and living soul do affirm this Affidavit.

Signed under penalty of perjury,
before GOD and man.

*Robert S[ignature]*

On this day the 22nd of March 2006, before me did personally appear Robert Sigouin to me known to be the person described in and who is executing the foregoing instrument, and acknowledged hat he executed the same as his free act and deed.

Witness my signature,

*Keith H. Malonzu[i]*

Witness my signature,

*by David-Lavy: Ahana*

CERTIFICATE OF SERVICE

A copy of MOTION DEMANDING REBUTTAL OF AFFIDAVITS ALREADY SUBMITTED WITH MOTIONS and Affidavit in support in Case/Account NO CR-05-00248-JMS have been submitted by US Mail to:

SUE BEITIA, CLERK,
THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 Ala Moana Blvd.
Hono.,Hi.,96850

HONORABLE J. MICHAEL SEABRIGHT
THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 Ala Moana Blvd.
Hono.,Hi., 96850

Mark Inciong A.U.S.A.
Room 6-100, PJKK Federal Bldg.,
300 Ala Moana Blvd.
Hono., Hi., 96850