# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/29/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00248JMS |
| CASE NAME: | USA v. (02) Robert Alexander Sigouin |
| ATTYS FOR PLA: | Mark A. Inciong |
| ATTYS FOR DEFT: | (02) Robert Alexander Sigouin, Pro Se and Glenn D. Choy, Stand By Counsel |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 3/29/2006 | TIME: | 2:02 - 2:13 |

COURT ACTION:  EP: Status Conference Re Medical Situation of (02) Robert Alexander Sigouin - deft present in custody.

Defendant filed documents re issues on his medical care.  Present to address these issues were FDC Counsel Amy Standefer and Dr. Giron.

Deft remanded to custody of U.S. Marshal.

Submitted by Richlyn Young, Courtroom Manager