IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00248 JMS |
| | ) | |
| Plaintiff, | ) | ORDER DENYING PLAINTIFF'S |
| | ) | MOTION FOR MANDATORY |
| vs. | ) | JUDICIAL NOTICE OF |
| | ) | PREJUDICE DISCRIMINATION |
| ROBERT ALEXANDER SIGOUIN, | ) | AND MOTION FOR |
| | ) | MANDATORY JUDICIAL |
| Defendant. | ) | NOTICE OF DENIAL OF EIGHTH |
| _____ | ) | AMENDMENT RIGHTS |

ORDER DENYING PLAINTIFF'S MOTION FOR MANDATORY JUDICIAL NOTICE OF PREJUDICE DISCRIMINATION AND MOTION FOR MANDATORY JUDICIAL NOTICE OF DENIAL OF EIGHTH AMENDMENT RIGHTS

Defendant Robert Alexander Sigouin, proceeding pro se, filed two motions concerning medical care issues at the Federal Detention Center. The first motion entitled "Mandatory Judicial Notice of Denial of Eight Amendment Rights of Robert Alexander Sigouin and Detetion [sic] for Immediate Release of Robert Alexander Sigouin" filed on January 30, 2006 seeks relief for the government's failure to rectify various medical ailments including teeth damage and tumors while in custody of the government. Defendant filed a second motion entitled "Mandatory Judicial Notice of Prejudice Discrimination of Robert Alexander Sigouin" on February 28, 2006 essentially restating the claims made in his January 30th Motion.

On March 29, 2006, the Court held a status conference with the parties to determine whether Defendant's medical needs are being addressed. During the course of the status conference, Defendant acknowledged that he is receiving treatment for his teeth and tumors. Accordingly, the Court finds that no further action is necessary at this time and the Motions are hereby denied as moot.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: March 31, 2006

United States v. Robert Alexander Sigouin; Cr. No. 05-00248 JMS; ORDER DENYING PLAINTIFF'S MOTION FOR MANDATORY JUDICIAL NOTICE OF PREJUDICE DISCRIMINATION AND MOTION FOR MANDATORY JUDICIAL NOTICE OF DENIAL OF EIGHTH AMENDMENT RIGHTS