ORIGINAL

Robert Sigouin#92215-022
FDC Honolulu
PO Box 30080
Hono.Hi.,96820.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 3 0 2006

at _____ o'clock and _____ min. ___ M
SUE BEITIA, CLERK

LODGED

MAR 1 6 2006
1:25 A May
CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

UNITED STATES OF AMERICA )
                         )
        Plaintiff        )
                         )
          VS             )
                         )
ROBERT ALEXANDER SIGOUIN )
                         )
        Defendant        )
                         )
                         )
_____)

CASE NO-CR-05-00248-JMS

MOTION FOR ORDER FOR PRODUCTION OF AN INCARCERATED

WITNESS AT THE EXPENSE OF THE GOVERNMENT-FEDERAL,


MOTION FOR ORDER FOR PRODUCTION OF AN INCARCERATED WITNESS AT THE EXPENSE OF THE

GOVERNMENT –FEDERAL.In Case/Account#CR-05-00248-JMS.

        A motion having been made to this Honorable Court by ROBERT ALEXANDER SIGOUIN,
Defendant herein,for an Order directing the production of MARTIN JONES,presently,
incarcerated at FDC Honolulu,at the trial of the Defendant it is ORDERED that the
United States Marshal deliver the said MARTIN JONES#89712-022,at the expense of the
United States Government,under safe and secure conduct before the Judges of our
District Court,within and for the District of Hawaii at the United States Courthouse
at 300 Ala Moana Blvd,Honolulu Hawaii,for the trial of ROBERT ALEXANDER SIGOUIN on
any adjourned date to be fixed by the Court,there to await further action of the
Court.

                                                      ENTER

Date: March 14th 2006


                                            _____
                                                United States District Judge

CERTIFICATE OF SERVICE

A COPY OF MOTION FOR PRODUCTION OF AN INCARCERATED WITNESS AT THE EXPENSE OF THE

GOVERNMENT -FEDERAL.In Case/Account#CR-05-00248-JMS,has been sent by US Mail to:

SUE BEITIA,CLERK,

THE UNITED STATES DISTRICT COURT,

DISTRICT OF HAWAII,

300Ala Moana Blvd.,

Honolulu,Hawaii, 96850.

HONORABLE J. MICHAEL SEABRIGHT,

THE UNITED STATES DISTRICT COURT,

DISTRICT OF HAWAII,

300 Ala Moana Blvd.,

Honolulu,Hawaii, 96850.

MARK A. INCIONG,Esq.,A.U.S.A.,

Room6-100, PJKK,

Federal Building,

300 Ala Moana Blvd.

Honolulu,Hawaii,96850.

NAME: Robert Sigoin
NUMBER: 72215-022
FDC HONOLULU
P.O. BOX 30080
HONOLULU, HI 96820

HONOLULU HI 968

15 MAR 2006 PM 3 T

Honorable J. Michael Seabright,
The United States District Court,
District of Hawaii,
300 Ala Moana Blvd.,
Hono., HI, 96850

LEGAL MAIL