IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. NO. 05-00248-02 JMS |
| | ) |
| Plaintiff, | ) ORDER DENYING MOTION |
| | ) DEMANDING REBUTTAL OF |
| v. | ) AFFIDAVITS ALREADY |
| | ) SUBMITTED WITH MOTIONS |
| ROBERT ALEXANDER SIGOUIN, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

ORDER DENYING MOTION DEMANDING REBUTTAL OF AFFIDAVITS
ALREADY SUBMITTED WITH MOTIONS

On March 24, 2006, Defendant Robert Alexander Sigouin filed a Motion Demanding Rebuttal of Affidavits Already Submitted With Motions. This Motion apparently concerns the numerous motions that Sigouin has filed in this case over the past several months.

On March 23, 2006, Sigouin appeared before Magistrate Judge Kurren. At that hearing, Judge Kurren reviewed Sigouin's pending motions.

//

//

//

//

Judge Kurren denied some of Sigouin's motions as moot and gave the government two weeks to respond to the remaining motions. This court will hear argument on Sigouin's pending motions on April 21, 2006. Accordingly, the instant Motion is DENIED.

        IT IS SO ORDERED

        DATED: Honolulu, Hawaii, March 30, 2006.



                              J. Michael Seabright
                              United States District Judge

*United States of America v. Sigouin*, Cr. No. 05-00248-02 JMS, Order Denying Motion Demanding Rebuttal of Affadavit's Already Submitted With Motions