EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG  CA BAR #163443
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00248 JMS |
| | ) | |
| Plaintiff, | ) | ORDER DENYING DEFENDANTS' |
| | ) | MOTION TO SEVER |
| VS. | ) | |
| | ) | |
| ROBERT ALEXANDER SIGOUIN, (2) | ) | |
| KEVIN PATRICK CASH, (3) | ) | |
| | ) | |
| Defendants. | ) | |

ORDER DENYING DEFENDANT'S MOTION TO SEVER

After receipt of the Defendants' motion to sever and the Government's response and after hearing argument on the motion on March 24, 2006, it is determined that the defendants have not met their required burden of proof and, thus, severance of the defendants, or counts of the indictment, for trial is not appropriate at this time.

IT IS HEREBY ORDERED that the Defendants' motion to sever is denied.  Both defendants will stand trial together on all counts charged in the 4th Superseding Indictment.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: March 31, 2006

United States v. Sigouin & Cash
CR. NO. 05-00248 JMS
"Order Denying Defendants'
Motion to Sever"