# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/5/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CR 05-00248JMS-BMK

CASE NAME:          USA v. (02) Robert Alexander Sigouin

ATTYS FOR PLA:      Mark A. Inciong

ATTYS FOR DEFT:     (02) Robert Alexander Sigouin , Pro Se and Glenn Choy, Stand By Counsel

INTERPRETER:

---

JUDGE:    Barry M. Kurren          REPORTER:    C6F

DATE:     4/5/2006                 TIME:        11:08 - 11:25

---

COURT ACTION:    EP: SEALED HEARING HELD (11:10 - 11:24).

[186] Defendant (02) Robert Alexander Sigouin's Motion for Order for Production of an Incarcerated Witness at the Expense of the Government - Federal

[198] (02) Robert Alexander Sigouin's Motion for the Production of Witnesses at the Federal Government's Expense

[203] (02) Robert Alexander Sigouin's Application for Writ of Habeas Corpus Ad Testificandum

[204] (02) Robert Alexander Sigouin's Application for Issuance of Subpoenas, Payment of Witness Fees, Transportation Costs and Sealing of All Papers

Documents [186] and [203] are duplicative motions.
Documents [198] and [204] are duplicative motions.

Defendant present in custody.


Documents [186] and [203] GRANTED as to Jones.
Documents [198] and [204] GRANTED as to Niko.

Glenn Choy prepared the order.

Deft remanded to custody of U.S. Marshal.

Submitted by Richlyn Young, Courtroom Manager