EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG  CA BAR #163443
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00248 JMS |
| | ) | |
| Plaintiff, | ) | UNITED STATES' RESPONSE AND |
| | ) | OPPOSITION TO DEFENDANT |
| v. | ) | SIGOUIN'S MOTION FOR A |
| | ) | PRETRIAL HEARING ON THE |
| ROBERT ALEXANDER SIGOUIN,(2) | ) | ADMISSIBILITY OF CO- |
| | ) | CONSPIRATOR STATEMENTS; |
| Defendant. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| | ) | TRIAL DATE: April 25, 2006 |
| | ) | TIME: 9:00 a.m. |
| | ) | JUDGE: Hon. J. Michael |
| | ) | Seabright |

**UNITED STATES' RESPONSE AND OPPOSITION TO
DEFENDANT SIGOUIN'S MOTION FOR A PRETRIAL HEARING
ON THE ADMISSIBILITY OF CO-CONSPIRATOR STATEMENTS**

COMES NOW the United States of America, by and through Edward H. Kubo, Jr., United States Attorney, and Mark A. Inciong, Assistant United States Attorney, and hereby files its response in opposition to Defendant Sigouin's motion for a

pretrial hearing on the admissibility of co-conspirator statements.  Said response is based upon the files and records of this case, together with the attached memorandum of points and authorities.

I

**STATEMENT OF THE CASE**

Defendants ROBERT ALEXANDER SIGOUIN and KEVIN PATRICK CASH are presently charged in a Fourth Superseding Indictment with Conspiracy to Distribute 100 grams or more of Heroin, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B), Attempted Possession of Heroin, with Intent to Distribute, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B), Unlawful User of a Controlled Substance in Possession of a Firearm and Ammunition, in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2)(CASH); Possession of Heroin, with Intent to Distribute, within 1000 feet of an elementary school, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B) and 860 (CASH);  Alien in Possession of Ammunition, in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2)(SIGOUIN); and Forfeiture pursuant to Title 21, United States Code, Section 853 (SIGOUIN).

## II

## STATEMENT OF FACTS

The United States adopts the statement of facts offered in its previously filed pretrial motions in this matter.

## III

## POINTS AND AUTHORITIES

A. DEFENDANT HAS NO RIGHT TO A PRETRIAL HEARING REGARDING THE ADMISSIBILITY OF SPECIFIC CO-CONSPIRATOR STATEMENTS.

Defendant offers no authority, and the United States believes none exists within the Ninth Circuit, which requires a pretrial hearing to determine the admissibility of co-conspirator statements a trial. In this case, none is necessary as the United States is well aware of it obligation not to introduce hearsay testimony and has no intention of attempting to admit such evidence.

The United States will, however, seek to introduce non-hearsay evidence at trial pursuant to Federal Rule of Evidence 801(d)(2)(E). As required, each of those statements will be shown to have been made by a co-conspirator during the course of and in furtherance of the conspiracy.

If, during trial, the Defendant believes sufficient foundation has not been made to establish the co-conspirator statement as non-hearsay, he may object at that time.

## IV

## CONCLUSION

Based on all of the above, the Defendant's motion should be denied.

DATED:  April 17, 2006, at Honolulu, Hawaii.

                              EDWARD H. KUBO, JR.
                              United States Attorney


                         By  /s/ Mark A. Inciong
                              MARK A. INCIONG
                              Assistant U.S. Attorney

CERTIFICATE OF SERVICE
===

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

| | |
|---|---|
| ROBERT ALEXANDER SIGOUIN<br>Federal Detention Center<br>P. O. Box 30080<br>Honolulu, HI 96820<br>Defendant PRO SE | April 17, 2006 |

Served Electronically through CM/ECF:

| | |
|---|---|
| GLENN D. CHOY, ESQ.<br>choyhawaii@hawaiiantel.net | April 17, 2006 |

DATED:  Honolulu, Hawaii, April 17, 2006.

/s/ M. Derby-Taufa'asau