Robert Sigouin #92215-022
FDC Honolulu
P.O. Box 30080
Hono, Hi., 96820

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 17 2006
at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

| U.S.A. Plaintiff vs. ROBERT ALEXANDER SIGOUIN Defendant | Case NO-CR-05-00248 JMS. MOTION OF DENIAL OF CONSTITUTIONAL RIGHTS OF ROBERT ALEXANDER SIGOUIN and Affidavit in support. By Robert Sigouin (special appearance) |
|---|---|

MOTION OF DENIAL OF CONSTITUTIONAL RIGHTS OF ROBERT ALEXANDER SIGOUIN and affidavit in support.

Comes now Robert Sigouin a lawful man on the land. I am a 3rd party intervener in Case/Account NO CR-05-00248 JMS. I am addressing this matter for the following reasons:

1- Since MR. SIGOUIN has been communicating directly with the Court all his legal mail has been opened and read before he even gets it.

2- MR. SIGOUIN has been denied acess to the discovery room to use the typewriter.

3- MR. SIGOUIN read a full size poster in the exercise room about the Civil Rights and Civil Liberties department of the Government and after several attempts to mail a letter to these people in Washington DC. exactly 2 month's after the last letter he mailed he recieves a signed letter from the Warden telling him he has no right communicating with these people.

Therefore MR SIGOUIN should be released from the prejudice place immediately.

Respectfully,
Robert Sigouin

Affidavit in support of MOTION OF DENIAL OF CONSTITUTIONAL RIGHTS OF ROBERT ALEXANDER SIGOUIN in Case/Account NO CR 05-00248 JMS.

The above statements in the MOTION OF DENIAL OF CONSTITUTIONAL RIGHTS OF ROBERT ALEXANDER SIGOUIN are all true, correct, the truth, whole truth and nothing but the truth to the best of my 1st hand knowledge. I Robert Sigouin a lawful man and living soul do affirm this affidavit.

Signed under penalty of perjury before God and man.

Robert Sigouin

On this day the 13th of April 2006 A.D., before me did personally appear Robert Sigouin to me known to be the person described in and who is executing the foregoing instrument, and acknowledged that he executed the same as his free act and deed.

Witness my signature,
by David-Lang: Akana

Witness my signature,
by Rico S Taliso

3

CERTIFICATE OF SERVICE
Case NO-CR-05-00248 JMS.

A copy of Motion of denial of Constitutional Rights of ROBERT ALEXANDER SIGOUIN and affidavit in support have been sent by U.S. mail to:

HONORABLE J MICHAEL SEABRIGHT,
The United States District Court,
District of Hawaii
300 Ala Moana Blvd.,
Hono., Hi., 96850.

SUE BEITIA, CLERK,
The United States District Court,
District of Hawaii
300 Ala Moana Blvd.,
Hono., Hi, 96850.

Mark A. Inciong A.U.S.A.,
Room 6-100, PJKK Federal Bldg.,
300 Ala Moana Blvd.
Hono., Hi, 96850.