ORIGINAL

Robert Sigouin #92215-022
F.D.C. Honolulu
P.O. Box 30080
Hono. Hi, 96820

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 17 2006
at __ o'clock and __ __M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

| | |
|---|---|
| U.S.A. Plaintiff vs. ROBERT ALEXANDER SIGOUIN Defendant | Case NO-CR-05-00248 JMS. MANDATORY JUDICIAL NOTICE OF VINDICTIVE PROSECUTION and affidavit in support. By Robert Sigouin (special appearance) |

MANDATORY JUDICIAL NOTICE OF VINDICTIVE PROSECUTION and affidavit in support. in Case NO-CR-05-00248 JMS.

Comes now Robert Sigouin a lawful man on the land by "special appearance" not general. I am an interested 3rd party intervener in Case/Account NO. CR-05-00248 JMS. I am accusing MARK INCIONG A.U.S.A. and the F.B.I. with vindictive prosecution for the following reasons:

1- MARK INCIONG and the F.B.I. are going <u>way beyond</u> aggressive prosecution to vindictive prosecution because within 1/2 hours of ROBERT ALEXANDER SIGOUIN's arrest they asked him for information about other people he may be able to help them arrest and when MR SIGOUIN said he knew no one and they found out he was born in CANADA the F.B.I. told him "Well if nothing else we will have you deported and ruin your family."

NEXT PAGE

Well after ROBERT ALEXANDER SIGOUIN has been in prison for 10 months before even going to trial the prosecution team is trying their best to do exactly that "ruin MR. SIGOUIN'S FAMILY because that's all they can do. They have gone to <u>Nahaione Elementary School</u> where Mrs. Sigouin has worked for many years and also where Michelle Sigouin (11 years old) attends 6th grade, walked right in demanding to speak to Mrs. Sigouin then demanded all her employment records. Why? She is not the accused in this case! Only one reason comes to mind "ruin the Sigouin family" that famous threat from the F.B.I. I hope they are real proud, Michelle's grades have gone from A's to C's and Wendie Sigouin has given notice at work and will now lose all the Medical and Dental benefits that were the main reason for her job. Put a feather in your cap! Is this the sort of thing that make the FBI proud? Vindictive prosecution to say the least!

2- Mrs Sigouin and Peter Sigouin (their son) get orders to appear in Court by the Government at ROBERT ALEXANDER SIGOUIN'S trial. Of course this will make Mr. Sigouin's wife and son mad at him because they must miss work and tell their employers why, causing shame and embarassment to them. There's nothing they can say that has anything whatsoever to do with what Mr. SIGOUIN is being charged with. <u>Obviously</u> only another way to carry out the threat of <u>ruining the family</u> by causing more stress & duress on <u>innocent people</u>. Vindictive prosecution!

NEXT PAGE

3- MARK INCIONG A.U.S.A. colluded with RICHARD KAWANA ESQ. Sigouin's former Counsel, therefore providing him with information that is suposed to be strictly confidential.

Therefore in conclusion it is completely impossible for MR. SIGOUIN to get a fair trial and we move this Honorable Court to dismiss the charges with prejudice.

Respectfully,
Robert Sigouin

4

Affidavit in support of MANDATORY JUDICIAL NOTICE OF VINDICTIVE PROSECUTION in Case NO-CR-05-00248 JMS. The above statements in the MANDATORY JUDICIAL NOTICE OF VINDICTIVE PROSECUTION in Case NO CR-05-00248 are all true, correct, the truth, the whole truth and nothing but the truth to the best of my first hand knowledge. I Robert Sigouin a lawful man and living soul do affirm this affidavit.

Signed under penalty of perjury before God and man.

Robert Sigouin

On this day the 13th of April 2006 A.D., before me did personally appear Robert Sigouin to me, known to be the person described in and who is executing the foregoing instrument, and acknowledged hat he executed the same as his free act and deed

Witness my signature
by David-Laug: Akana

Witness my signature
by Rick S Tchits

CERTIFICATE OF SERVICE
Case No CR 05-00248 JMS

A copy of the MANDATORY JUDICIAL NOTICE OF VINDICTIVE PROSECUTION and Affidavit in support have been sent by U.S. Mail to:

Honorable Judge Barry Kurren,
The United States District Court,
District of Hawaii
300 Ala Moana Blvd.,
Hono., Hi., 96850

HONORABLE J. MICHAEL SEABRIGHT,
The United States District Court,
District of Hawaii,
300 Ala Moana Blvd.,
Hono., Hi., 96850

SUE BEITIA, CLERK,
The United States District Court,
District of Hawaii,
300 Ala Moana Blvd.,
Hono., Hi., 96850

Mark A. Inciong A.U.S.A.,
Room 6-100, PJKK Federal Bldg.,
300 Ala Moana Blvd.,
Hono., Hi., 96850