# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/17/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00248JMS-BMK |
| CASE NAME: | USA v. (02) Robert Alexander Sigouin, (03) Kevin Patrick Cash |
| ATTYS FOR PLA: | Mark A. Inciong |
| ATTYS FOR DEFT: | (02) Robert Alexander Sigouin, Pro Se, Glenn D. Choy, Stand By Counsel, (03) Mary Ann Barnard |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 4/17/2006 | TIME: | 1:32 - 1:52 |

COURT ACTION:   EP: Final Pretrial Conference held.  Court to prepare order.
Defendant (02) Robert Alexander Sigouin present in custody, and (03) Kevin Patrick
Cash present on bail.

**CRIMINAL FINAL PRETRIAL CONFERENCE**

Jury Trial before Judge J. Michael Seabright on April 25, 2006 at 9:00.a.m..

Representations by counsel on trial time:
The United States: 4 day(s)
Defendant (02) Robert Alexander Sigouin: 1 day
Defendant (03) Kevin Patrick Cash: 1 day

Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendants.

1.      Fed. R. Evid. 404(b): N/A
2.      a.      Motions in Limine filed and served by: completed
        b.      Memoranda in opposition to motions in limine filed and served by:
                completed.
3.      Brady and Giglio Material by: N/A
4.      a.      Jury Instructions exchanged by April 20, 2006.
        d.      Filings required by 4(b) & (c) by: April 21, 2006.

5.    Witness Lists and <mark>Exhibit Lists</mark> per stipulation by April 18, 2006
6.    <u>Exhibits</u>
     a.    Parties will exchange exhibits.
     b.    Original exhibits tabbed and in binders, copy in binders.
7.    <u>Stipulations</u>: In writing and filed by April 20, 2006.
8.    <u>Voir Dire Questions</u>: In writing by April 20, 2006.
9.    <u>Trial Briefs</u>: by April 20, 2006.
10.   <u>Jencks Disclosures</u>:   have been completed
11.   <u>Other Matters</u>:
12.   N/A


Deft (02) Robert Alexander Sigouin  remanded to custody of U.S. Marshal.

cc: Tammy Kimura

Submitted by Richlyn Young, Courtroom Manager

CR 05-00248JMS-BMK;
USA v. (02) Robert Alexander Sigouin, (03) Kevin Patrick Cash;
Final Pretrial Conference Minutes
4/17/2006