EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG   CA BAR #163443
Assistant U. S. Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00248 JMS |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S WITNESS LIST; |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | Trial Date: April 25, 2006 |
| ROBERT ALEXANDER SIGOUIN, (2) | ) | Time:  9:00 a.m. |
| KEVIN PATRICK CASH,      (3) | ) | Judge:  Hon. J. Michael |
| | ) | Seabright |
| Defendants. | ) | |
| _____ | ) | |

GOVERNMENT'S WITNESS LIST

        The Government hereby submits its witness list,

attached hereto, in the above-captioned matter.

        The United States expects to call the following

witnesses in its case-in-chief, although it reserves the right to

change the order of these witnesses, substitute witnesses, add

witnesses or omit one or more witnesses.

        DATED: April 18, 2006, at Honolulu, Hawaii.

                        EDWARD H. KUBO, JR.
                        United States Attorney
                        District of Hawaii


                        By /s/ Mark A. Inciong
                           MARK A. INCIONG
                           Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

MARY ANN BARNARD, ESQ.                April 18, 2006
P. O. Box 235520
Honolulu, Hawaii 96823
Attorney for Defendant
KEVIN PATRICK CASH


ROBERT ALEXANDER SIGOUIN              April 18, 2006
Federal Detention Center
P. O. Box 30080
Honolulu, HI 96820
Defendant PRO SE


Served Electronically through CM/ECF:

GLENN D. CHOY, ESQ.                   April 18, 2006
choyhawaii@hawaiiantel.net



DATED:  Honolulu, Hawaii, April 18, 2006.


                                     /s/ M. Derby-Taufa'asau

UNITED STATES OF AMERICA                    WITNESS LIST
        vs.
ROBERT ALEXANDER SIGOUIN (2)                CR. NO. 05-00248 JMS
KEVIN PATRICK CASH      (3)

Presiding Judge     Plaintiff's Attorney    Defendants' Attorney
J. MICHAEL           MARK A. INCIONG, AUSA  ROBERT ALEXANDER
  SEABRIGHT                                   SIGOUIN, PRO SE (2)
                                            GLENN CHOY, ESQ.
                                            (Stand-By Counsel)
                                            MARY ANN BARNARD, ESQ.
                                            Attorney for Defendant
                                            KEVIN PATRICK CASH (3)

Trial Date          Court Reporter          Courtroom Deputy
April 25, 2006                              Dottie Miwa

| Plf. No. | Witness |
| --- | --- |
| 1 | Special Agent Kapi Muraoka, ICE |
| 2 | Customs and Border Patrol Officer Pete Diaz, ICE |
| 3 | Virginia Rosas Guerrero |
| 4 | Special Agent Marc Mato, ICE |
| 5 | Special Agent Richard Jones, DEA |
| 6 | Nill Savedge, Tracfone Custodian of Records |
| 7 | Andrew Scott Arnold, Nextel Custodian of Records |
| 8 | Mark Ariola, Cingular Custodian of Records |
| 9 | Griselda Perez Medina |
| 10 | Special Agent Frank Okamura, ICE |
| 11 | Special Agent James Yuen, DEA |
| 12 | Special Agent Noreen (Dede) Apana Yabuta, ICE |
| 13 | Special Agent Edward Feeley, ICE |
| 14 | Special Agent Gregorio Perez, ICE |
| 15 | Special Agent Gabriel Uribe, ICE |
| 16 | Wendie Sigouin |
| 17 | Taskforce Officer Russell Woodward, DEA |
| 18 | Peter Gregory, Custodian of Records, ICE |
| 19 | Special Agent Gerald Lawson, DEA |

```
UNITED STATES OF AMERICA              WITNESS LIST
        vs.
ROBERT ALEXANDER SIGOUIN (2)          CR. NO. 05-00248 JMS
KEVIN PATRICK CASH      (3)
```

| Presiding Judge | Plaintiff's Attorney | Defendants' Attorney |
|---|---|---|
| **J. MICHAEL SEABRIGHT** | **MARK A. INCIONG, AUSA** | **ROBERT ALEXANDER SIGOUIN, PRO SE (2) GLENN CHOY, ESQ. (Stand-By Counsel) MARY ANN BARNARD, ESQ. Attorney for Defendant KEVIN PATRICK CASH (3)** |

| Trial Date | Court Reporter | Courtroom Deputy |
|---|---|---|
| **April 25, 2006** | | **Dottie Miwa** |

| Plf. No. | Witness |
|---|---|
| 20 | Officer Jon Gyotoku, HPD |
| 21 | Peter Sigouin |
| 22 | Special Agent Charles Pang, ATF |
| 23 | Special Agent Jordan Lowe, ATF |
| 24 | Special Agent Michael Saenz, ATF |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |