EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG   CA BAR #163443
Assistant U. S. Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00248 JMS |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S EXHIBIT LIST; |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | Trial Date: April 25, 2006 |
| ROBERT ALEXANDER SIGOUIN, (2) | ) | Time:   9:00 a.m. |
| KEVIN PATRICK CASH,          (3) | ) | Judge:  Hon. J. Michael |
| | ) | Seabright |
| Defendants. | ) | |
| _____ | ) | |

## GOVERNMENT'S EXHIBIT LIST

The Government hereby submits its exhibit list, attached hereto, in the above-captioned matter.

The United States expects to introduce the following exhibits in its case-in-chief, although it reserves the right to

change the order of these exhibits, substitute exhibits, add exhibits or omit one or more exhibits.

        DATED: April 18, 2006, at Honolulu, Hawaii.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii


                              By <u>/s/ Mark A. Inciong</u>
                                  MARK A. INCIONG
                                  Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

MARY ANN BARNARD, ESQ.                    April 18, 2006
P. O. Box 235520
Honolulu, Hawaii 96823
Attorney for Defendant
KEVIN PATRICK CASH


ROBERT ALEXANDER SIGOUIN                  April 18, 2006
Federal Detention Center
P. O. Box 30080
Honolulu, HI 96820
Defendant PRO SE


Served Electronically through CM/ECF:

GLENN D. CHOY, ESQ.                       April 18, 2006
choyhawaii@hawaiiantel.net


DATED:  Honolulu, Hawaii, April 18, 2006.


                                    /s/ M. Derby-Taufa'asau