# EXHIBIT LIST

# UNITED STATES v. ROBERT A. SIGOUIN, et al.
## CR. NO. 05-00248 JMS

| NO. | IDENT. | ADMITTED | DESCRIPTION | WITNESS |
|---|---|---|---|---|
| 1 | | | Photo of Virginia Mercedes Rosas Guerrero | SA Kapi Muraoka |
| 2 | | | Photo of Ruby Perez | Virginia Mercedes Rosas Guerrero |
| 3 | | | Photo of brown substance (heroin) wrapped in plastic with several condoms and brown tape | SA Kapi Muraoka; Virginia Mercedes Rosas Guerrero |
| 4 | | | Photo of brown substance (heroin) wrapped in plastic with several condoms and brown tape | SA Kapi Muraoka; Virginia Mercedes Rosas Guerrero |
| 5 | | | Photo of brown substance (heroin) wrapped in plastic with several condoms and brown tape | SA Kapi Muraoka; Virginia Mercedes Rosas Guerrero |
| 6 | | | Photo of brown substance (heroin) wrapped in plastic with several condoms and brown tape | SA Kapi Muraoka; Virginia Mercedes Rosas Guerrero |
| 7 | | | Actual drugs (heroin); net weight 243.3 and 51.3 grams | SA Kapi Muraoka; Virginia Mercedes Rosas Guerrero |
| 8 | | | Copy of Border Crossing Card for Virginia Mercedes Rosas Guerrero | SA Kapi Muraoka; Virginia Mercedes Rosas Guerrero |
| 9 | | | Copy of photo of Mexican passport for Virginia Mercedes Rosas Guerrero | SA Kapi Muraoka; Virginia Mercedes Rosas Guerrero |
| 10 | | | Copy of CBP I-94A Departure Record for Virginia Mercedes Rosas Guerrero | SA Kapi Muraoka; Virginia Mercedes Rosas Guerrero |

| NO. | IDENT. | ADMITTED | DESCRIPTION | WITNESS |
|---|---|---|---|---|
| 11 | | | Copy of CBP I-94A receipt from Customs and Border Protection, San Ysidro, California, dated May 28, 2005 | SA Kapi Muraoka; Virginia Mercedes Rosas Guerrero |
| 12 | | | Copy of Passenger Receipt from ATA Airlines for Mercedes Guerrero | SA Kapi Muraoka; Virginia Mercedes Rosas Guerrero |
| 13 | | | Copy of Electronic Boarding Pass from ATA Airlines for Mercedes Guerrero | SA Kapi Muraoka; Virginia Mercedes Rosas Guerrero |
| 14 | | | Actual cell phones (2) belonging to Virginia Mercedes Rosas Guerrero | SA Kapi Muraoka; Virginia Mercedes Rosas Guerrero |
| 15 | | | Copy of page from red floral notebook belonging to Virginia Mercedes Rosas Guerrero | SA Kapi Muraoka; Virginia Mercedes Rosas Guerrero |
| 16 | | | Summary chart showing recent activity and address book for Virginia Mercedes Rosas Guerrero's phone | SA Marc Moto |
| 17 | | | Statement of Rights and Waiver form signed by Virginia Mercedes Rosas Guerrero (in Spanish) | SA Kapi Muraoka; Virginia Mercedes Rosas Guerrero |
| 18 | | | Plea Agreement of Virginia Mercedes Rosas Guerrero | Virginia Mercedes Rosas Guerrero |
| 19 | | | Records from American Airlines for Virginia Mercedes Rosas Guerrero's travel to Hawaii | SA Kapi Muraoka |
| 20 | | | Records from ATA Airlines for Virginia Mercedes Rosas Guerrero's travel to Hawaii | SA Kapi Muraoka |
| 21 | | | Records from Continental Airlines for Virginia Mercedes Rosas Guerrero's travel to Hawaii | SA Kapi Muraoka |
| 22 | | | Records from Hawaiian Airlines for Virginia Mercedes Rosas Guerrero's travel to Hawaii | SA Kapi Muraoka |

| NO. | IDENT. | ADMITTED | DESCRIPTION | WITNESS |
|---|---|---|---|---|
| 23 | | | Summary chart showing Virginia Mercedes Rosas Guerrero's air travel | SA Kapi Muraoka; Virginia Mercedes Rosas Guerrero |
| 24 | | | Records from Outrigger Hotel | SA Kapi Muraoka |
| 25 | | | Summary chart showing Virginia Mercedes Rosas Guerrero's stay in Waikiki | SA Kapi Muraoka; Virginia Mercedes Rosas Guerrero |
| 26 | | | Audiotape of telephone calls made between Virginia Mercedes Rosas Guerrero and Ruby Perez | SA Kapi Muraoka; CBP Officer Pete Diaz |
| 27 | | | Transcript of Audiotape, Exhibit 27 (English and Spanish) | CBP Officer Pete Diaz |
| 28 | | | Plea Agreement of Griselda Perez Medina | Griselda Perez Medina |
| 29 | | | Photo line-up identifying Robert Alexander Sigouin by Griselda Perez Medina on March 13, 2006 | SA Kapi Muraoka; Griselda Perez Medina |
| 30 | | | Photo line-up identifying Kevin Patrick Cash by Griselda Perez Medina on March 13, 2006 | SA Kapi Muraoka; Griselda Perez Medina |
| 31 | | | Tracfone records for (808) 292-0758 | Nell Savage |
| 32 | | | Nextel records for (619) 554-6857 | Scott Arnold |
| 33 | | | Cingular records for (808) 224-8635 | Mark Ariola |
| 34 | | | Time line chart showing call sequence on May 29, 2005 | SA Kapi Muraoka |
| 35 | | | Copy of Statement of Rights and Waiver form signed by Kevin Cash | SA James Yuen; SA Frank Okamura |
| 36 | | | Copy of Consent to Search form signed by Kevin Cash and Gerri Fernandez-Cash | SA James Yuen; SA Frank Okamura |
| 37 | | | Photo of Kevin Cash's desk in master bedroom | SA James Yuen; SA Frank Okamura |

| NO. | IDENT. | ADMITTED | DESCRIPTION | WITNESS |
|---|---|---|---|---|
| 38 | | | Photo of zip lock bags with residue in box from Kevin Cash's desk | SA James Yuen; SA Frank Okamura |
| 39 | | | Photo of electric pencil sharpener from Kevin Cash's desk | SA James Yuen; SA Frank Okamura |
| 40 | | | Photo of black tar substance in small zip lock bag inside a round covered tin; small zip lock with white powder and tin foil with white powder found in pencil sharpener found in Kevin Cash's residence | SA James Yuen; SA Frank Okamura |
| 41 | | | Photo of black tar substance in small zip lock bag inside a round covered tin; small zip lock with white powder and tin foil with white powder found in pencil sharpener found in Kevin Cash's residence | SA James Yuen; SA Frank Okamura |
| 42 | | | Photo of black tar substance in small zip lock bag inside a round covered tin; small zip lock with white powder and tin foil with white powder found in pencil sharpener found in Kevin Cash's residence | SA James Yuen; SA Frank Okamura |
| 43 | | | Photo of note with phone number (619) 554-6857 found in Kevin Cash's desk | SA James Yuen; SA Frank Okamura |
| 44 | | | Actual note with phone number (619) 554-6857 found in Kevin Cash's desk | SA James Yuen; SA Frank Okamura |
| 45 | | | Actual drug found in Kevin Cash's residence | SA James Yuen; SA Frank Okamura |
| 46 | | | Actual drug found in Kevin Cash's residence | SA James Yuen; SA Frank Okamura |
| 47 | | | Actual drug found in Kevin Cash's residence | SA James Yuen; SA Frank Okamura |
| 48 | | | Photo of Ruger Blackhawk .357 Revolver, Serial # 35-37849 found in Kevin Cash's residence | SA James Yuen; SA Frank Okamura |

| NO. | IDENT. | ADMITTED | DESCRIPTION | WITNESS |
|---|---|---|---|---|
| 49 | | | Actual Ruger Blackhawk .357 Revolver found in Kevin Cash's residence | SA James Yuen; SA Frank Okamura |
| 50 | | | Photo of 50 rounds of .22 cal found in Kevin Cash's residence | SA James Yuen; SA Frank Okamura |
| 51 | | | Photo of 57 rounds of .22 cal found in Kevin Cash's residence | SA James Yuen; SA Frank Okamura |
| 52 | | | Photo of 200 rounds of .22 cal, .25 cal, 10 mm ammo found in Kevin Cash's residence | SA James Yuen; SA Frank Okamura |
| 53 | | | Photo of 35 rounds of ammo found in Kevin Cash's residence | SA James Yuen; SA Frank Okamura |
| 54 | | | Photo of 48 rounds of ammo found in Kevin Cash's residence | SA James Yuen; SA Frank Okamura |
| 55 | | | Photo of 10 rounds of ammo found in Kevin Cash's residence | SA James Yuen; SA Frank Okamura |
| 56 | | | Actual ammunition seized from Kevin Cash's residence | SA James Yuen; SA Frank Okamura |
| 57 | | | Photo of small balloons from Altoids can found in Kevin Cash's residence | SA James Yuen; SA Frank Okamura |
| 58 | | | Photo of small balloons from Altoids can found in Kevin Cash's residence | SA James Yuen; SA Frank Okamura |
| 59 | | | Actual Altoids can with balloons seized from Kevin Cash's residence | SA James Yuen; SA Frank Okamura |
| 60 | | | Photo of Kevin Cash's residence | SA Kapi Muraoka; HPD Officer Jon Gyotoku |
| 61 | | | Photo of Kailua Elementary School from Kevin Cash's residence | SA Kapi Muraoka; HPD Officer Jon Gyotoku |
| 62 | | | Photo of Kailua Elementary School to Kevin Cash's residence | SA Kapi Muraoka; HPD Officer Jon Gyotoku |

| NO. | IDENT. | ADMITTED | DESCRIPTION | WITNESS |
|---|---|---|---|---|
| 63 | | | Photo of both Kevin Cash's residence and Kailua Elementary School | SA Kapi Muraoka; HPD Officer Jon Gyotoku |
| 64 | | | Actual cell phone belonging to Robert Sigouin | SA Kapi Muraoka; Robert Sigouin |
| 65 | | | Summary chart showing recent activity and address book for Robert Sigouin's phone | SA Richard Jones |
| 66 | | | Summary chart showing phone tolls between Robert Sigouin and Ruby Perez's phone | SA Kapi Muraoka |
| 67 | | | Summary chart showing phone tolls between Kevin Cash's phone and Ruby Perez's phone | SA Kapi Muraoka |
| 68 | | | Photo of Robert Sigouin's residence from entry way | SA Edward Feeley |
| 69 | | | Photo of Robert Sigouin's Sears Card Account Statement | SA Edward Feeley |
| 70 | | | Photo of Robert Sigouin's City Advantage Account Statement | SA Edward Feeley |
| 71 | | | Photo of Keebler cracker box with cash found in pantry on wall above door in Robert Sigouin's room | SA Edward Feeley; CBP Officer Pete Diaz |
| 72 | | | Photo of U.S. currency found in Keebler cracker box | SA Edward Feeley; CBP Officer Pete Diaz |
| 73 | | | Photo of zip lock bags containing various drugs from Robert Sigouin's room | SA Edward Feeley; CBP Officer Pete Diaz |
| 74 | | | Actual drug (heroin) found in Robert Sigouin's room | SA Edward Feeley; CBP Officer Pete Diaz |
| 75 | | | Photo of Hollow Point long rifle .22 ammo found in Robert Sigouin's room | SA Edward Feeley; CBP Officer Pete Diaz |
| 76 | | | Photo of Hollow Point long rifle .22 ammo found in Robert Sigouin's room | SA Edward Feeley; CBP Officer Pete Diaz |

| NO. | IDENT. | ADMITTED | DESCRIPTION | WITNESS |
|---|---|---|---|---|
| 77 | | | Actual ammunition seized from Robert Sigouin's room | SA Edward Feeley; CBP Officer Pete Diaz |
| 78 | | | Photo of Canadian passport of Robert Sigouin | SA Noreen Apana Yabuta |
| 79 | | | Photo of door of Robert Sigouin's room | SA Edward Feeley |
| 80 | | | Copy of Canadian passport of Robert Sigouin | SA Noreen Apana Yabuta |
| 81 | | | Copy of Joseph Alexandre Robert Sigouin's Canadian birth certificate card | SA Noreen Apana Yabuta |
| 82 | | | Copy of Marriage Certificate of Robert Alexander Sigouin and Wendy Ann Slate | SA Noreen Apana Yabuta |
| 83 | | | Copy of Baptism certificate of Joseph Alexandre Robert Sigouin | SA Noreen Apana Yabuta |
| 84 | | | Copy of Birth certificate of Joseph Alexandre Robert Sigouin | SA Noreen Apana Yabuta |
| 85 | | | Copy of Currency/Monetary Instrument Seizure Inventory form seized from Robert Sigouin's room | SA Edward Feeley |
| 86 | | | Photo line-up identifying Robert Alexander Sigouin by Jon Rigney, President of Classic Roofing and Maintenance on March 21, 2006 | SA Kapi Muraoka; Jon Rigney |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |