# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/19/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR 05-00248JMS-BMK

CASE NAME:     USA v. (02) Robert Sigouin

ATTYS FOR PLA:     Mark A. Inciong

ATTYS FOR DEFT:     (02) Robert Sigouin, Pro Se, Glenn D. Choy, Stand By Counsel

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 4/19/2006 | TIME: | 2:26 - 2:48 |

COURT ACTION:  EP: Status Conference Re Stipulations as to (02) Robert Sigouin held.  Defendant present in custody.

Glenn Choy's Oral Motion to Withdraw as Counsel - DENIED.  SEALED HEARING HELD 2:35:50 - 2:48:30.

Deft remanded to custody of U.S. Marshal.

Submitted by Richlyn Young, Courtroom Manager