ROBERT ALEXANDER SIGOUIN
Federal Detention Center
P.O. Box 30080
Honolulu, HI 96820
Telephone: (808) 838-4200

Defendant *Pro Se*

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 21 2006

at 8 o'clock and 43 min. A M P
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-248-02 JMS-BMK |
| | ) | |
| Plaintiff, | ) | NOTICE OF HEARING |
| | ) | MOTION; |
| vs. | ) | DEFENDANT ROBERT ALEXANDER |
| | ) | SIGOUIN'S MOTION IN LIMINE; |
| ROBERT ALEXANDER SIGOUIN, | ) | and |
| | ) | CERTIFICATE OF SERVICE |
| Defendant. | ) | |
| | ) | Trial: April 25, 2006 |
| | ) | Hon. Judge J. Michael Seabright |
| | ) | |

NOTICE OF HEARING MOTION

TO:      Assistant U.S. Attorney Mark Inciong
         Room 6100, Prince Jonah K. Kuhio Bldg.
         300 Ala Moana Blvd., Box 50183
         Honolulu, Hawaii 96850
         Attorney for Plaintiff

PLEASE TAKE NOTICE that the attached motion will be heard before the Honorable J. Michael Seabright, Judge of the above-entitled court, in his courtroom at the Prince Kuhio Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii on April 25, 2006, at 9:00 a.m., or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, April 20, 2006.

April 20th 2006 _____
ROBERT ALEXANDER SIGOUIN
Defendant *Pro Se*