IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-248-02 JMS-BMK |
| | ) | |
| Plaintiff, | ) | DECLARATION OF DEFENDANT |
| | ) | *PRO SE* |
| vs. | ) | |
| | ) | |
| ROBERT ALEXANDER SIGOUIN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## DECLARATION OF DEFENDANT *PRO SE*

I, ROBERT ALEXANDER SIGOUIN, under penalty of perjury state that:

1. I am my own attorney in the captioned criminal case;

2. After reviewing the discovery herein, I believe that inadmissible evidence may be elicited through government witnesses, which would violate my right to due process of law, right to confront witnesses, right to a fair trial, and the Federal Rules of Evidence;

3. I further declare that factual averments contained in the attached Memorandum in Support of Motion are true to my best belief and knowledge.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON APRIL 20, 2006, AT HONOLULU, HAWAII.

*[signature]*
_____
ROBERT ALEXANDER SIGOUIN