## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on the date of filing:

MARK INCIONG
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii 96813

Attorney for Plaintiff
UNITED STATES OF AMERICA


MARY ANN BARNARD
P.O. Box 235520
Honolulu, Hawaii 96823

Attorney for Kevin Patrick Cash


DATED: Honolulu, Hawaii, April 20, 2006.

_____
GLENN D. CHOY