ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG  CA BAR #163443
Assistant U.S. Attorney
PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 1 2006

at ____ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00248 JMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION |
| vs. | ) | |
| | ) | |
| ROBERT ALEXANDER SIGOUIN, (2) | ) | |
| KEVIN PATRICK CASH,         (3) | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION

IT IS HEREBY STIPULATED and agreed between the undersigned parties that the business records of American Airlines, American Trans Air (ATA), Continental Airlines and Hawaiian Airlines, marked as Government Exhibits, are accurate, were timely made in the regular course of business by a person with knowledge of those matters and are admissible at trial in

the above-captioned matter.

IT IS FURTHER STIPULATED and agreed between the undersigned parties that the business records of Outrigger Hotels and Resorts, marked as a Government Exhibit, are accurate, were timely made in the regular course of business by a person with knowledge of those matters and are admissible at trial in the above-captioned matter.

**IT IS SO STIPULATED.**

EDWARD H. KUBO, JR.
United States Attorney

Dated: 4-18-06

_____
MARK A. INCIONG
Assistant U.S. Attorney

Dated: 4-21-06

_____
MARY ANN BARNARD
Attorney for Defendant Cash

Dated: 4-19-06

_____
ROBERT ALEXANDER SIGOUIN
Defendant

U.S. v. Cash & Sigouin
CR 05-00248 JMS
"Stipulation To Admissibility
of Airline and Hotel Records"

2