ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG  CA BAR #163443
Assistant U.S. Attorney
PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 21 2006

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00248 JMS |
| Plaintiff, | ) | |
| | ) | STIPULATION |
| vs. | ) | |
| ROBERT ALEXANDER SIGOUIN, (2) | ) | |
| KEVIN PATRICK CASH,        (3) | ) | |
| Defendants. | ) | |

**STIPULATION**

IT IS HEREBY STIPULATED and agreed between the undersigned parties that the substance found concealed on the person of Virginia Rosas Guerrero at the Honolulu International Airport in Honolulu, Hawaii on May 29, 2005 is heroin, a Schedule I controlled substance, with a net weight of approximately 295 grams.

IT IS FURTHER STIPULATED and agreed between the undersigned parties that the substance found in the front left pants pocket on the person of Defendant Kevin Patrick Cash at Ala Moana Center, 1450 Ala Moana Boulevard, Honolulu, Hawaii on May 29, 2005 is heroin, a Schedule I controlled substance, with a net weight of approximately 2.15 grams.

IT IS FURTHER STIPULATED and agreed between the undersigned parties that the substance found in the apartment of Defendant Kevin Patrick Cash at 505 Kailua Road, Apartment #A109 Kailua, Hawaii on May 29, 2005 is heroin, a Schedule I controlled substance, with a net weight of approximately 2.8 grams.

IT IS FURTHER STIPULATED and agreed between the undersigned parties that the substance found in the room of Defendant Robert Alexander Sigouin at his residence of 6157 Makaniolu Place, Honolulu, Hawaii on June 3, 2005 is heroin, a Schedule I controlled substance, with a net weight of approximately 9.4 grams.

///

///

///

**IT IS SO STIPULATED.**

                                                EDWARD H. KUBO, JR.
                                                United States Attorney

Dated: 4-18-06

                                                MARK A. INCIONG
                                                Assistant U.S. Attorney

Dated: 4-21-06

                                                MARY ANN BARNARD
                                                Attorney for Defendant Cash

Dated: 4-19/06

                                                ROBERT ALEXANDER SIGOUIN
                                                Defendant

U.S. v. Cash & Sigouin
CR 05-00248 JMS
"Stipulation To Drug
Analysis Results"