EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG, CA BAR #163443
Assistant U. S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  541-2850
Facsimile:  541-2958
mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00248 JMS |
| ) | |
| Plaintiff, ) | GOVERNMENT'S PROPOSED |
| ) | JURY INSTRUCTIONS FOR |
| ) | DEFENDANT SIGOUIN ONLY; |
| v. ) | CERTIFICATE OF SERVICE |
| ) | |
| ROBERT ALEXANDER SIGOUIN, (2) ) | |
| KEVIN PATRICK CASH, (3) ) | Date: April 25, 2006 |
| ) | Time: 9:00 a.m. |
| Defendants. ) | Judge: Hon. J. Michael |
| ) | Seabright |

GOVERNMENT'S PROPOSED JURY
INSTRUCTIONS FOR DEFENDANT SIGOUIN ONLY

The United States of America, through its undersigned counsel, respectfully submits the following proposed jury instructions for Defendant Robert Alexander Sigouin only. Permission of the Court is requested to withdraw any of the

attached instructions or to offer additional instructions as may, during the course of the trial, become appropriate.

DATED: April 21, 2006 at Honolulu, Hawaii.

Respectfully submitted,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Mark A. Inciong
    MARK A. INCIONG
    Assistant U.S. Attorney

GOVERNMENT'S PROPOSED JURY INSTRUCTION NO. 1

An alien is a person who is not a natural born or naturalized citizen or a national of the United States.

9th Cir. Crim. Jury Instr. 9.5 (2006)

GIVEN     _____
REFUSED   _____
MODIFIED  _____

GOVERNMENT'S PROPOSED JURY INSTRUCTION NO. 2

Defendant Sigouin is charged in Count 7 of the indictment with the possession of ammunition in violation of Section 922(g) of Title 18 of the United States Code. In order for the defendant to be found guilty of that charge, the government must prove each of the following elements beyond a reasonable doubt:

First, the defendant knowingly possessed ammunition;

Second, the ammunition had been shipped or transported from one state to another or a foreign nation to the United States; and

Third, at the time the defendant possessed the ammunition, the Defendant was not a natural born or naturalized citizen or a national of the United States.

9th Cir. Crim. Jury Instr. 8.59 (2000)

GIVEN     _____
REFUSED   _____
MODIFIED  _____

# CLEAN COPY OF

# JURY INSTRUCTIONS

Case 1:05-cr-00248-JMS-BMK    Document 237    Filed 04/21/2006    Page 5 of 8

INSTRUCTION NO. \_\_\_\_\_

An alien is a person who is not a natural born or naturalized citizen or a national of the United States.

INSTRUCTION NO. \_\_\_\_\_

    Defendant Sigouin is charged in Count 7 of the indictment with the possession of ammunition in violation of Section 922(g) of Title 18 of the United States Code. In order for the defendant to be found guilty of that charge, the government must prove each of the following elements beyond a reasonable doubt:

    First, the defendant knowingly possessed ammunition;

    Second, the ammunition had been shipped or transported from one state to another or a foreign nation to the United States; and

    Third, at the time the defendant possessed the ammunition, the Defendant was not a natural born or naturalized citizen or a national of the United States.

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

| | |
|---|---|
| MARY ANN BARNARD, ESQ.<br>P. O. Box 235520<br>Honolulu, Hawaii 96813<br>Attorney for Defendant<br>KEVIN PATRICK CASH | April 21, 2006 |
| ROBERT ALEXANDER SIGOUIN<br>Federal Detention Center<br>P. O. Box 30080<br>Honolulu, HI 96820<br>Defendant PRO SE | April 21, 2006 |

Served Electronically through CM/ECF:

| | |
|---|---|
| GLENN D. CHOY, ESQ.<br>choyhawaii@hawaiiantel.net | April 21, 2006 |

DATED:  Honolulu, Hawaii, April 21, 2006.

/s/ M. Derby-Taufa'asau