ORIGINAL

ROBERT ALEXANDER SIGOUIN
Federal Detention Center
P.O. Box 30080
Honolulu, HI 96820
Telephone: (808) 838-4200

Attorney *Pro Se*

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 5 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-248-02 JMS-BMK |
| Plaintiff, ) | |
| vs. ) | DEFENDANT ROBERT ALEXANDER SIGOUIN'S STATEMENT OF POSITION AS TO "UNITED STATES AND DEFENDANT CASH'S PROPOSED JOINT JURY INSTRUCTIONS," FILED APRIL 21, 2006 |
| ROBERT ALEXANDER SIGOUIN (2), ) KEVIN PATRICK CASH (3), ) | |
| Defendants. ) | |
| ) | Trial: April 25, 2006 |
| ) | Hon. Judge J. Michael Seabright |

DEFENDANT ROBERT ALEXANDER SIGOUIN'S STATEMENT OF
POSITION AS TO "UNITED STATES AND DEFENDANT CASH'S
PROPOSED JOINT JURY INSTRUCTIONS," FILED APRIL 21, 2006

Defendant ROBERT ALEXANDER SIGOUIN hereby states his position as to "United States and Defendant Cash's Proposed Joint Jury Instructions," filed April 21, 2006.

Proposed Joint Jury Instruction No. 1:
    Defendant SIGOUIN joins.
Proposed Joint Jury Instruction No. 2:
    Defendant SIGOUIN joins.

Proposed Joint Jury Instruction No. 3:
 Defendant SIGOUIN joins.
Proposed Joint Jury Instruction No. 4:
 Defendant SIGOUIN joins.
Proposed Joint Jury Instruction No. 5:
 Defendant SIGOUIN joins.
Proposed Joint Jury Instruction No. 6:
 Defendant SIGOUIN joins.
Proposed Joint Jury Instruction No. 7:
 Defendant SIGOUIN joins.
Proposed Joint Jury Instruction No. 8:
 Defendant SIGOUIN joins.
Proposed Joint Jury Instruction No. 9:
 Defendant SIGOUIN joins.
Proposed Joint Jury Instruction No. 10:
 Defendant SIGOUIN joins.
Proposed Joint Jury Instruction No. 11:
 Defendant SIGOUIN joins.
Proposed Joint Jury Instruction No. 12:
 Defendant SIGOUIN joins.
Proposed Joint Jury Instruction No. 13:
 Defendant SIGOUIN joins.
Proposed Joint Jury Instruction No. 14:
 Defendant SIGOUIN joins.
Proposed Joint Jury Instruction No. 15:
 Defendant SIGOUIN joins.
Proposed Joint Jury Instruction No. 16:
 Defendant SIGOUIN joins.
Proposed Joint Jury Instruction No. 17:

Defendant SIGOUIN joins.
Proposed Joint Jury Instruction No. 18:
Defendant SIGOUIN joins.
Proposed Joint Jury Instruction No. 19:
Defendant SIGOUIN joins.
Proposed Joint Jury Instruction No. 20:
Defendant SIGOUIN joins.
Proposed Joint Jury Instruction No. 21:
Defendant SIGOUIN joins.
Proposed Joint Jury Instruction No. 22:
Defendant SIGOUIN joins.
Proposed Joint Jury Instruction No. 23:
Defendant SIGOUIN *objects*.
Proposed Joint Jury Instruction No. 24:
Defendant SIGOUIN joins.
Proposed Joint Jury Instruction No. 25:
Defendant SIGOUIN joins.
Proposed Joint Jury Instruction No. 26:
Defendant SIGOUIN joins.
Proposed Joint Jury Instruction No. 27:
Defendant SIGOUIN joins.
Proposed Joint Jury Instruction No. 28:
Defendant SIGOUIN takes no position.
Proposed Joint Jury Instruction No. 29:
Defendant SIGOUIN joins.
Proposed Joint Jury Instruction No. 30:
Defendant SIGOUIN takes no position.
Proposed Joint Jury Instruction No. 31:
Defendant SIGOUIN *objects*.

Proposed Joint Jury Instruction No. 32:
  Defendant SIGOUIN takes no position.

DATED: Honolulu, Hawaii, April 24, 2006.

_____
ROBERT ALEXANDER SIGOUIN
Attorney *Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on the date of filing:

MARK INCIONG
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii  96813

Attorney for Plaintiff
UNITED STATES OF AMERICA


MARY ANN BARNARD
P.O. Box 235520
Honolulu, Hawaii 96823

Attorney for Kevin Patrick Cash


DATED:  Honolulu, Hawaii, April 25, 2006.

_____
GLENN D. CHOY