# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/25/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 05-00248JMS-BMK |
| CASE NAME: | United States of America Vs. (02) robert Alexander Sigouin and (03) Kevin Patrick Cash |
| ATTYS FOR PLA: | Mark A. Inciong and Agent Kapi Muraoka |
| ATTYS FOR DEFT: | (02) Robert Sigouin, Pro Se and Glenn Choy-Stand by Counsel (03) Mary Ann Barnard |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Sharon Ross |
| DATE: | 4/25/2006 | TIME: | 9:31am-12:17pm 1:38pm-3:40pm |

COURT ACTION:  EP: Jury Selection as to Defendants' (02) Robert Sigouin and (03) Kevin Patrick Cash-Defendant (01) Robert Sigouin-Present in Custody and Defendant (03) Kevin Patrick Cash-present not in Custody.

86 Jurors Present

5 Jurors excused for Cause.

12 Jurors and 2 Alternate Jurors chosen.  (Jurors will be sworn in tomorrow, 4/26/2006)

3:16 p.m.-3:40 p.m.-Motions Hearing- As to Defendant (02) Robert Alexander Sigouin's [219] Motion for Mandatory Judicial Notice- Defendant (02) Robert Alexander Sigouin present in Custody.  Oral argument held.  This Motion is hereby Denied.  Defendant (02) Robert Alexander Sigouin's Oral Motion Limine-is hereby Denied.

Jury Trial continued to 4/26/2006 @9:00 a.m. before this Court.

Submitted by Leslie L. Sai, Courtroom Manager