# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/26/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 05-00248JMS-BMK |
| CASE NAME: | U.S.A. Vs. (02) Robert Alexander Sigouin |
| ATTYS FOR PLA: | Mark A. Inciong and Agent Kapi Morioka |
| ATTYS FOR DEFT: | (02)-Mark A. Inciong-Pro Se<br>(02) Glenn D. Choy, Stand By Counsel |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Sharon Ross |
| DATE: | 4/26/2006 | TIME: | 9:04am-9:11am<br>9:25am-9:58am |

COURT ACTION:  EP: Motion to Withdraw Not Guilty Plea and to Plead Anew as to Defendant (02) Robert Alexander Sigouin-Defendant present in Custody.

Status Conference-9:04am-9:11am-Defendant (02) Robert Alexander Sigouin present in Custody.  Defendant-Alexander Sigouin-Pro Se indicated to the Court that he wants to change his Plea and also have his Stand By Counsel-Glenn Choy participate in this process with him.

Change of  Plea-9:25am-9:58am-

Defendant Sworn In.

Court questions the Defendant.

No Plea Agreement.

Defendant enters a Plea of Guilty as to Counts 1, 2 and 7 of the Fourth Superseding Indictment.  Court also questions the Defendant as to Count 6 of the Fourth Superseding Indictment.  (Forfeiture Count) Defendant admits that the proceeds in Counts 1 and 2 are hereby forfeited to the Government.  Government Counsel to prepare the Preliminary Forfeiture Order.

Court accepts the Guilty Pleas as to Counts 1, 2 and 7 of the Fourth Superseding Indictment and adjudges the Defendant Guilty as to these Counts.

Defendant is referred to the Probation Office for the preparation of the presentence report.

Sentence set for 8/14/2006 @1:30 p.m. before this Court.

Detention Order to remain in effect.

Defendant is to advise this Court as to the Status of Stand By Counsel Glenn Choy as to whether Mr. Choy will be representing the Defendant at the time of sentencing.

Submitted by Leslie L. Sai, Courtroom Manager