# United States District Court

DISTRICT OF HAWAII

ORIGINAL

United States
v.
Robert Alexander Sigouin, Defendant

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: Cr 03-00248 JMS-BMK

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| J. Michael Seabright | Mark Inciong | Defendant Pro Se |

| HEARING DATE(S): | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 4/21/06 & 4/25/06 | Sharon Ross | Leslie Sai |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 4/21/06 | | x | Report of Investigation #000000639 |
| | 2 | 4/21/06 | | x | Report of Investigation #000000647 |
| | 3 | 4/21/06 | | x | Report of Investigation #000000007 |
| | 4 | 4/21/06 | | x | Report of Investigation #000000480 |
| | 5 | 4/21/06 | | x | Report of Investigation #000000482 |

RECEIVED
CLERK, U.S. DISTRICT COURT
APR 27 2006
DISTRICT OF HAWAII

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages