OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | 1. PAGE 2 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | 2. CASE NUMBER |
| | 3. REPORT NUMBER: 026 |

DETAILS OF INVESTIGATION:

On November 10, 2005 at approximately 7:30 a.m., Special Agent (SA) Kapi Muraoka appeared at Certified Construction, Inc. located at 1009 Ulupono Street; Honolulu, Hawaii and spoke with President Kevin Simpkins. SA Muraoka identified herself as an agent with the Department of Homeland Security, Immigration and Customs Enforcement and displayed her credentials.

After showing Simpkins a photograph of Robert SIGOUIN (obtained from SIGOUIN's Canadian Passport #TD825678 issued in October 28, 1991), Simpkins provided the following information voluntarily:

Simpkins recognized the photograph as an individual named "Bob SLAYMAN" (SIGOUIN). Simpkins stated that SIGOUIN was a Canadian who lived in Hawaii Kai near Kuliouou with Wendie. Simpkins did not know if Wendie was SIGOUIN's girlfriend or wife. Simpkins further stated that SIGOUIN had a 25-year old son around the same age as his child by the name of Chris. Simpkins claimed that SIGOUIN was an illegal alien from Canada. Simpkins stated that he knew that SIGOUIN was illegal, because SIGOUIN told him so.

Simpkins first met SIGOUIN in the 1970's, while working for U.S. Roofing (owned by Terry Payne) on the Pearl Harbor Naval Shipyard. They worked in the Controlled Industrial Area (CIA) of Pearl Harbor, which required a CIA badge. SA Muraoka questioned the types of documents shown by SIGOUIN to get a CIA badge. Simpkins claimed that he did not know, but suggested, "maybe a fraudulent birth certificate".

Simpkins claimed that SIGOUIN worked for him at Certified Construction for a few years from 1982 to 1984. SIGOUIN was paid by company check. Simpkins stated that a search would be conducted to see if any of SIGOUIN's employment records were available.

Simpkins last saw SIGOUIN about five years ago at RSI Roofing. Simpkins stated that the owner, Richie Mudd, knew SIGOUIN.

On the same day at approximately 2:45 p.m., SA Muraoka and SA Derrick Lee returned to Certified Construction and spoke with Secretary Patricia Lopes. ICE agents identified themselves by displaying their credentials, and Lopes provided a manila folder labeled "SLAYMAN, Robert A." with the following employment records:

EMPLOYEE DATA SHEET:
Name: Robert Alexander SLAYMAN
Address: 6157 Makaniolu Place; "HH" 96821
DPOB: July 8, 1949; Michigan

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

[Handwritten margin notes: "Richie Mudd / No walk then / to certified"]

EXHIBIT 1

000000639