*VINDICTIVE EVIDENCE FROM ROWAN*

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | 1. TECS ACCESS CODE 3 |
|---|---|
| REPORT OF INVESTIGATION | 2. PAGE  1 |
| | 3. CASE NUMBER |

| 4. TITLE: PEREZ-MEDINA DRUG SMUGGLING ORGANIZATION. |
|---|

| 5. CASE STATUS: | INTERIM RPT |
|---|---|

| 6. REPORT DATE 021506 | 7. DATE ASSIGNED 051805 | 8. CLASS 2 | 9. PROGRAM CODE 211 | 10. REPORT NO. 030 |
|---|---|---|---|---|

| 11. RELATED CASE NUMBERS: |
|---|

| 12. COLLATERAL REQ: |
|---|

| 13. TYPE OF REPORT: INVESTIGATIVE FINDINGS |
|---|

TOPIC: 1/24/06-PEREZ MEDINA PLED GUILTY;2/6/06-MORAN FLORES SENT'D TO 56MOS

14. SYNOPSIS:
On January 24, 2006, Griselda PEREZ MEDINA appeared before the United States District Court Judge J. Michael Seabright in the United States District Court, District of Hawaii, and pled guilty to the offense of Conspiracy with Intent to Distribute a Controlled Substance, to wit: heroin, in violation of Title 21 of the United States Code Sections 841 and 846. PEREZ MEDINA's sentencing has been scheduled for May 11, 2006 at 2:15 p.m.

On October 7, 2005, Fermin MORAN FLORES pled guilty before the United States District Court Judge J. Michael Seabright in the United States District Court, District of Hawaii, to the offense of Conspiracy with Intent to Distribute a Controlled Substance, to wit: heroin, in violation of Title 21 of the United States Code Sections 841 and 846. On February 6, 2006, MORAN FLORES was sentenced to 56 months incarceration for his offense.

| 15. DISTRIBUTION: SACHL ASCSY SACSD CAMX | 16. SIGNATURE: MURAOKA  KARI | SENIOR SPEC AGENT |
|---|---|---|
| | 17. APPROVED: OKAMURA  FRANK | M  OI GRP SUPERVISOR |

| 18. ORIGIN OFFICE: HL HONOLULU, HI - SAC | 19. TELEPHONE: 808 237 4830 |
|---|---|
| | 20. TYPIST: MURAOKA |

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

EXHIBIT 3

*Perez Medina*

000000647