O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | 1. PAGE    3 |
|---|---|
| R E P O R T   O F   I N V E S T I G A T I O N C O N T I N U A T I O N | 2. CASE NUMBER |
| | 3. REPORT NUMBER: |

incident and SA Jones, SA Marceleno, and TFO Mertens followed SIGOUIN out of the elevator and onto the 11th floor.

At approximately 1516 hours, SIGOUIN was arrested by TFO Mertens for federal narcotics violations. A search incident to arrest of SIGOUIN's person and backpack yielded a small amount of white powder that field tested positive for heroin, assorted drug paraphernalia, and two bottles of unknown pills. SIGOUIN was then transported to the DEA Hawaii Airport Task Force (HATF) office and asked if he wanted to make a statement. SIGOUIN refused and asked for a lawyer. SIGOUIN was then taken to the Federal Detention Center pending his initial appearance.

On May 30, 2005, SIGOUIN was taken to Honolulu District Court for his initial appearance.

DISPOSITON OF EVIDENCE:

The heroin and the unknown pills were turned over to the DEA Southwest Laboratory for processing. The drug paraphernalia was turned over to the DEA evidence custodian for safekeeping.

Investigation Continues.

FABRICATION

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR

EXHIBIT 3