REQUESTED BY: MURAOKA, KAPI

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | 1. TECS ACCESS CODE 3 |
|---|---|
| REPORT OF INVESTIGATION | 2. PAGE  1 |
| | 3. |

4. TITLE: PEREZ-MEDINA DRUG SMUGGLING ORGANIZATION.

5. CASE STATUS:   INTERIM RPT

| 6. REPORT DATE | 7. DATE ASSIGNED | 8. CLASS | 9. PROGRAM CODE | 10. REPORT NO. |
|---|---|---|---|---|
| 111805 | 051805 | 2 | 211 | 026 |

11. RELATED CASE NUMBERS:

12. COLLATERAL REQ:

13. TYPE OF REPORT:
    INVESTIGATIVE FINDINGS

TOPIC: 11/10/05 INTERVIEW OF SIMPKINS & EMPLOYMENT DOCS FROM CERTIFIED CONST

14. SYNOPSIS:
On November 10, 2005, Special Agent Kapi Muraoka appeared at Certified Construction, Inc. located at 1009 Ulupono Street; Honolulu, Hawaii and spoke with President Kevin Simpkins. After showing Simpkins a photograph of Robert SIGOUIN (obtained from SIGOUIN's Canadian Passport #TD825678 issued in October 28, 1991), Simpkins recognized the photograph as a Canadian named "Bob SLAYMAN" (SIGOUIN). Simpkin's secretary, Patricia Lopes, provided employment records for Robert A. SLAYMAN.

On the same day, SA Muraoka spoke with CEO Ritchie Mudd and Sales Representative Kimmie Palpallatoc of RSI Roofing and Building Supply located at 1081 Makepono Street; Honolulu, Hawaii. Both individuals identified the same photograph of SIGOUIN as "Bob SLAYMAN". Mudd and Palpallatoc stated that SIGOUIN purchased roofing supplies from them approximately three to five years ago, and that he was never an employee of their business.

15. DISTRIBUTION:       16. SIGNATURE:  /s/ Kapi Muraoka
SACHL ASCSY SACSD CAOT     MURAOKA       KAPI          SENIOR SPEC AGENT

                        17. APPROVED:  /s/ 
                            MARIOTA     TOA            OI GRP SUPERVISOR

18. ORIGIN OFFICE: HL     19. TELEPHONE: 808 237 4830
    HONOLULU, HI - SAC
                          20. TYPIST: MURAOKA

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

EXHIBIT 4

000000480

*[handwritten margin note: From Kawana]*