OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | 1. PAGE  3 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | 2. |
| | 3. REPORT NUMBER: 026 |

Contact: Wendy Slayman
Date of Hire: 10/12/82

STATE OF HAWAII, EMPLOYEE'S WITHHOLDING EXEMPTION AND STATUS CERTIFICATE (FORM HW-4) for Robert SLAYMAN, Signed and Dated: 10/12/82

U.S. DEPARTMENT OF TREASURY, EMPLOYEE'S WITHHOLDING ALLOWANCE CERTIFICATE (FORM W-4)  for Robert SLAYMAN, Signed and Dated: 11/16/82

EMPLOYMENT STATUS REPORTS for Robert A. SLAYMAN, Dated 1/31/83
EMPLOYMENT STATUS REPORTS for Robert A. SLAYMAN, Dated 3/31/83
EMPLOYMENT STATUS REPORTS for Robert A. SLAYMAN, Dated 4/3/84

SA Muraoka provided Lopes with a Receipt for Property for the above items. All documents were placed in one evidence bag (#029683) under Custody Receipt for Seized Property and Evidence #2227171 and forwarded to Seized Property Specialist Gabriel Uribe for safekeeping at the Federal Building.

On November 10, 2005 at approximately 3:00 p.m., SA Muraoka spoke with CEO Ritchie Mudd and Sales Representative Kimmie Palpallatoc of RSI Roofing and Building Supply located at 1081 Makepono Street; Honolulu, Hawaii. Both individuals identified the same photograph of SIGOUIN as "Bob SLAYMAN". Mudd and Palpallatoc stated that SIGOUIN purchased roofing supplies from them approximately three to five years ago, and that he was never an employee of their business.

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

EXHIBIT 5

000000482