ORIGINAL

GLENN D. CHOY Hawaii Bar #1985
Attorney at Law
735 Bishop Street, Suite 322
Honolulu, HI 96813
Telephone: (808) 533-7007

Stand-By Counsel for Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 21 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00248-02 JMS |
| | ) | |
| Plaintiff, | ) | NOTICE OF HEARING |
| | ) | MOTION; MOTION TO |
| vs. | ) | APPOINT SUBSTITUTE |
| | ) | STAND-BY COUNSEL; |
| ROBERT ALEXANDER SIGOUIN, | ) | DECLARATION |
| | ) | OF STAND-BY COUNSEL; |
| Defendant. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| | ) | Date: |
| | ) | Time: |
| | ) | Judge: J. Michael Seabright |

<u>NOTICE OF HEARING MOTION</u>

TO:   Assistant U.S. Attorney Mark Inciong
      300 Ala Moana Blvd., #6-100
      Honolulu, Hawaii 96850
      Attorney for Plaintiff

PLEASE TAKE NOTICE that the foregoing motion will be brought up for hearing before the Honorable J. Michael Seabright, Judge of the above-entitled court, in his courtroom at 300 Ala Moana Boulevard, Honolulu, Hawaii on _____, the ___ day of _____, 2006 at the hour of ___ o'clock a.m./p.m. of said day, or as soon thereafter as counsel can be heard.

DATED: Honolulu, Hawaii, June 21, 2006.

GLENN D. CHOY
Stand-By Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00248-02 JMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION TO APPOINT |
| vs. | ) | SUBSTITUTE STAND- |
| | ) | BY COUNSEL |
| ROBERT ALEXANDER SIGOUIN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

MOTION TO APPOINT SUBSTITUTE STAND-BY COUNSEL

COMES NOW ROBERT ALEXANDER SIGOUIN, Defendant *Pro Se*, through counsel-undersigned and hereby moves this Court for an order appointing substitute stand-by counsel.

This motion is based on FRCrP 12(b), 46(C), 47, Crim. LR 57.9, Title 18 USC Sec. 3143, and matters set forth in the attached declaration of counsel.

DATED: June 21, 2006.

_____
GLENN D. CHOY
Stand-By Counsel for Defendant

2