IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00248-02 JMS |
| Plaintiff, | ) ) | DECLARATION OF STAND-BY COUNSEL |
| vs. | ) ) | |
| ROBERT ALEXANDER SIGOUIN, | ) ) | |
| Defendant. | ) ) | |

DECLARATION OF STAND-BY COUNSEL

I, GLENN D. CHOY, hereby declare as follows:

1. Declarant is Stand-By Counsel for ROBERT SIGOUIN, Defendant *Pro Se*;

2. Defendant has, without a plea agreement, pled guilty as charged, and sentencing is set for August 14, 2006;

3. Defendant, expressing mistrust for attorneys, including Declarant, excluded Declarant from his presentence interview with the probation officer at FDC; an interview with the government agent on his case, impacting safety valve eligibility, is pending for scheduling; at Declarant's last trip to FDC on June 14, 2006 to confer with Defendant, Declarant was given to believe by the corrections officer on duty that Defendant declined to speak with Declarant;

4. Defendant's sentencing will raise issues *inter alia* as to relevant conduct, safety valve eligibility, and mitigation due to matters such as diminished capacity;

5. Given the deteriorated condition of the

3

attorney-client relationship, and the weighty and technical issues facing Defendant at sentencing, Declarant moves to withdraw as stand-by counsel;

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

EXECUTED ON JUNE 21, 2006.

_____
GLENN D. CHOY

4