# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

06/29/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 05-00248JMS-BMK

CASE NAME:        USA v. (02) Robert Alexander Sigouin

ATTYS FOR PLA:    Mark A. Inciong

ATTYS FOR DEFT:   (02) Glenn D. Choy, Stand By Counsel

INTERPRETER:

JUDGE:   Barry M. Kurren          REPORTER:   C6F

DATE:    06/29/2006               TIME:       10:08 - 10:13

COURT ACTION:  EP: Motion to Appoint Substitute Stand-By Counsel as to (02) Robert Alexander Sigouin - deft present in custody.

Motion GRANTED.  Brandon K. Flores appointed as CJA stand-by counsel.

Deft remanded to custody of U.S. Marshal.

Submitted by Richlyn Young, Courtroom Manager