JMS

Robert Sigouin # 92215-022
F.D.C. Honolulu
P.O. Box 30080
Hono., Hi, 96820

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 14 2006

at 3 o'clock and 15 min. P M
SUE BEITIA, CLERK

THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

| | CASE NO. - CR-05-00248 JMS. |
|---|---|
| U.S.A. Plaintiff v.s. ROBERT ALEXANDER SIGOUIN Defendant. | MANDATORY JUDICIAL NOTICE OF RESPONSE TO SENTENCING STATEMENTS INCLUDING OBJECTIONS TO MATTERS CONCERNING FACTUAL INFORMATION AND AFFIDAVIT IN SUPPORT BY Robert Sigouin |

MANDATORY JUDICIAL NOTICE OF RESPONSE TO SENTENCING STATEMENTS INCLUDING OBJECTIONS TO MATTERS CONCERNING FACTUAL INFORMATION and affidavit in support. IN CASE NO CR-05-00248 J.M.S.

Comes now Robert Alexander Sigouin (PRO-SE DEFENDANT) in CASE/ACCOUNT NO. CR-05-00248 J.M.S.

I am addressing these matters for the following reasons.

All page and section refferences are from the PRESENTENCE INVESTIGATION REPORT IN CASE/ACCOUNT NO- CR-05-00248 J.M.S.

REFFERENCE Page 5 section 8:

Mr. Sigouin has told both of his former Attorneys that this ammunition was not his. The sentence of Rosas Guerrero, Griselda Perez-Medina and America Salomon-Perez who'a obviously not just mules but the Cartel should be considered here.

3- Page 6 Section 17:
This woman is obviously not just a mule but a member of something much larger.

4- Page 7 Section 18:
There is no evidence that this woman actually met with MR. SIGOUIN, maybe a Bob but not MR. Sigouin, besides the words of a woman terrorised by the F.B.I.

5. Page 7 Section 19:
These people don't even speak english how could they possibly conduct drug transactions with Robert Sigouin who speaks NO spanish.

6. Page 7 Section 20:

MR. Sigouin has told the Courts repetedly and their attorneys that he was pushed into the elevator and had no drug paraphenalia with heroine residue as verified in superceeping indictments and the prosecutor commits perjury everytime he writes this.

7. Page 8 Section 26.
MR. SIGOUIN said he may recognize Ruby Perez but he only met her once because she was driving a car with his friend in it but she spoke no english.

8. Page 8 Section 26

Any refference of MR. Sigouin in this section is full of crap. Why don't you add brothers, sisters + uncles while your at it MR. Sigouin always paid $140 a gram for heroine from JOHN who knows these folks the amounts + prices don't even come close to matching.

9. Page 9. Section 29.

The dates of travel coincided with some of the dates that calls were made between Perezes phone and Sigouin remember Sigouin & Perez cant speak to each other because of language barrier.

~~Page 9~~

o. Page 9 & 10 Section 33.

Mr. Sigouin has never denied being a drug addict former alcoholic and his dependence on heroine. Drug addiction especially heroine addiction is a very powererful disease. Mr. Sigouin told former counsel Kawana that he would help F.B.I. to arrest Ruby & John (the man Sigouin purchased heroine from) but the only way he could was to be out of prison, but no one seemed interested or has even mentioned this offer of cooperation by the way John & Ruby are still out there doing business.

Page 11 section 40.

Mr. Sigouin had told MR KAWANA his former counsel several things that he could help the government with but all KAWANA could say was "Unless you can give then JOHN GOTTI they don't want to talk to you." Mr. Sigouin was not as big a participant as said to be but was always willing to provide whatever little he knew + therefore should qualify for the 2 level decrease provided under U.S.S.G. § 2D1.1(b)(9). If one knew invoking his Miranda Rights would make such a difference one may think differently.

The system treats you as if invoking one's rights is a crime in itself.

2. Page 13 & 14 Section 69.

Drugs has no business whatsoever being there, MR. Sigouin has no former drug charges.

Sincerely and Respectfully

Robert Sigouin
Robert Sigouin