Affidavit in support of MANDATORY JUDICIAL NOTICE OF RESPONSE TO STATEMENTS INCLUDING OBJECTIONS TO MATTERS CONCERNING FACTUAL INFORMATION IN CASE NO. CR-05-00248 JMS.

The above statements in the MANDATORY JUDICIAL NOTICE OF RESPONSE TO STATEMENTS, INCLUDING OBJECTIONS TO MATTERS CONCERNING FACTUAL INFORMATION in CASE NO. CR-05-00248 JMS. are all true, correct, the truth, the whole truth, and nothing but the truth to the best of my knowledge. I Robert Sigouin a lawful man and living soul do Affirm this Affidavit.

Signed under penalty of perjury before GOD and man.

Robert Sigouin

On this day the 11th of July 2006 before me did personally appear Robert Sigouin to me, known to be the person described in and who is executing the foregoing instrument, and acknowledged that he executed the same as his free act and deed.

Witness my signature,
Ned N. Taguchi

Witness my signature,