CERTIFICATE OF SERVICE

Case No.: CR-05-00248 J.M.S.

A copy of the mandatory judicial notice of RESPONSE TO SENTENCING STATEMENTS INCLUDING OBJECTIONS TO MATTERS CONCERNING FACTUAL INFORMATION AND AFFIDAVIT in support have been sent by U.S. MAIL to:

Honorable J. Michael Seabright,
The United States District Court,
District of Hawaii,
300 Ala Moana Blvd.,
Hono., Hi, 96850

Anne M. Shimokawa, U.S. Probation Officer.
  Federal Bldg.,
  300 Ala Moana Blvd.
  Hono., Hi, 96850

Mark Inciong A.U.S.A.
300 Ala Moana Blvd., Room 6-100
Hono., Hi, 96850

Sue Beitia, Clerk
The United States District Court,
District of Hawaii,
300 Ala Moana Blvd.,
Hono., Hi, 96850