# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

07/20/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR NO. 05-00248JMS

CASE NAME:       U.S.A. Vs. (02) Robert A. Sigouin

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   J. Michael Seabright         REPORTER:

DATE:    07/20/2006                   TIME:

COURT ACTION: EO:    "Minute Order"

(As to Defendant (02) Robert A. Sigouin)

"On July 14, 2006, defendant Robert Sigouin, filed a sentencing statement in response to the draft Presentence Report. The court orders Mr. Sigouin's standby counsel, Brandon Flores, to review Mr. Sigouin's sentencing statement and to file an additional sentencing statement addressing any matters not raised or sufficiently briefed in Mr. Sigouin's sentencing statement. If Mr. Flores believes that Mr. Sigouin's sentencing statement has addressed all relevant factual and legal issues, he may file a sentencing statement so informing the court. Mr. Flores's sentencing statement will supplement, but in no way supersede, Mr. Sigouin's sentencing statement."

Submitted by Leslie L. Sai, Courtroom Manager