ORIGINAL

EDWARD H. KUBO, JR. (#2499)
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI (#2286)
Chief, Narcotics Section

MARK A. INCIONG (CA BAR #163443)
RACHEL S. MORIYAMA (#3802)
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Mark.Inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 28 2006

at 3 o'clock and __ min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ROBERT ALEXANDER SIGOUIN, (03) Defendant. | CR. NO. 05-00248 JMS<br><br>UNITED STATES' MOTION FOR ENTRY OF PRELIMINARY ORDER OF FORFEITURE; DECLARATION OF MARK A. INCIONG; CERTIFICATE OF SERVICE |

UNITED STATES' MOTION FOR
ENTRY OF PRELIMINARY ORDER OF FORFEITURE

Plaintiff United States of America hereby moves for the entry of a Preliminary Order of Forfeiture. This motion is brought pursuant to Fed. R. Crim. P. 32.2(c)(2), and is based

upon the attached Declaration of Mark A. Inciong and the pleadings filed herein.

DATED: July 28, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By [signature]
MARK A. INCIONG
RACHEL S. MORIYAMA
Assistant U.S. Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA