IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00248 JMS |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| ROBERT ALEXANDER SIGOUIN, (03) | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the methods of service noted below, a true and correct copy of the foregoing documents was served on the following at their last known addresses:

Served by First Class Mail:

Robert Alexander Sigouin        July 28, 2006
Pro Se
Inmate #92215-022
FDC Honolulu
P. O. Box 30080
Honolulu, Hawaii  96820


Brandon Flores, Esq.           July 28, 2006
Ocean View Center
707 Richards Street, Suite 516
Honolulu, Hawaii  96813

DATED: July 28, 2006, at Honolulu, Hawaii.

[signature]