Robert Sigouin #92215-022
F.D.C. Hono.,
P.O. Box 30080,
Hono., Hi., 96820

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG - 1 2006
at 10 o'clock and 45 min, A.M
SUE BEITIA, CLERK

THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

| U.S.A. Plaintiff v.s. ROBERT ALEXANDRE SIGOUIN Defendant | Case NO. CR-05-00248 J.M.S. MANDATORY JUDICIAL NOTICE OF IMMEDIATE TERMINATION OF COUNSEL BRANDON FLORES ESQ. and Affidavit in support. By Robert Sigouin |
|---|---|

Comes now Robert Sigouin a lawful man on the land. I am addressing this matter in the MANDATORY JUDICIAL NOTICE OF IMMEDIATE TERMINATION OF COUNSEL BRANDON FLORES ESQ. in Case/Account NO. CR-05-00248 J.M.S. for the following reasons:

1- MR. Sigouin has never even spoken to Brandon Flores.
2- MR. Sigouin has never authorized Brandon Flores to submit any reports on matters concerning his case
3- Inifficiency of Counsel.
4- Colluding with the prosecution.

Therefor MR. SIGOUIN moves this Honorable Court to approve this motion.

Respectfully,
Robert Sigouin

July 23rd 2006 AD.

Affidavit in support of MANDATORY JUDICIAL NOTICE OF IMMEDIATE TERMINATION OF COUNSEL BRANDON FLORES ESQ. and MOTION OF ORDER in Case/Account NO-CR-05-00248 J.M.S.

The above statements in the MANDATORY JUDICIAL NOTICE OF IMMEDIATE TERMINATION OF COUNSEL BRANDON FLORES ESQ. and MOTION OF ORDER in Case NO-CR-05-00248 J.M.S. are all true, correct, the truth, the whole truth and nothing but the truth to the best of my knowledge. I Robert Sigouin a lawful man and living soul do Affirm this Affidavit.

Signed under penalty of perjury before GOD and man.

*Robert Sigouin*

On this day the 23rd of July 2006 AD before me did personally appear Robert Sigouin to me, known to be the person described in and who is executing the foregoing instrument, and acknowledged that he executed the same as his free act and deed.

Witness my signature,

*Ned Taguchi*

Witness my signature,

*Kin Li*

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 01 2006

at 11 o'clock and 05 min. A.M.
SUE BEITIA, CLERK

Certificate of service in Case NO-CR-05-00248 J.M.S.

A copy of the MANDATORY JUDICIAL NOTICE OF IMMEDIATE TERMINATION OF COUNSEL BRANDON FLORES and MOTION OF ORDER and affidavit in support have been sent by U.S. MAIL to:

Honorable J. Michael Seabright,
The United States District Court,
District of Hawaii,
300 Ala Moana Blvd.
Hono., Hi., 96850.

Sue Beitia, Clerk,
The United States District Court,
District of Hawaii,
300 Ala Moana Blvd.,
Hono., Hi., 96850.

Mark Inciong A.U.S.A.,
300 Ala Moana Blvd. Room 6-100
Hono., Hi., 96850

Brandon Flores Esq.,
Ocean View Center,
707 Richards St., Ste 516
Hono., Hi, 96813.

Robert Pigeon 92215-022
FDC Hono.
P.O. Box 30080
Hono, Hi; 96820

Lee Berta Clerk,
The United States District Court,
District of Hawaii
300 Ala Moana Blvd.,
Hono., Hi; 96850.

Legal Mail


Legal Mail

**FEDERAL DETENTION CENTER**
P.O. BOX 130080
HONOLULU, HI 96819

DATE: 2 5 JUL A.M.

"SPECIAL MAIL"
The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.