Robert Sigouin # 92215-022
P.O. Box 30080,
Hono., Hi., 96820.
F.D.C. Hono.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG - 1 2006

at 10 o'clock and 45 min. AM
SUE BEITIA, CLERK

THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

| U.S.A. Plaintiff | ) ) | Case NO- CR-05-00248 J.M.S. |
|---|---|---|
| vs ROBERT ALEXANDRE SIGOUIN Defendant | ) ) ) ) | MOTION OF ORDER in Case# CR-05-00248 J.M.S. By Robert Sigouin |

MOTION OF ORDER in Case# CR-05-00248 J.M.S.

I Robert Sigouin am addressing this Honorable Court for the following reason.

Any motions written or verbally submitted in Case/Account NO-CR-05-00248 J.M.S. on behalf of Defendant ROBERT ALEXANDRE SIGOUIN by anyone but ROBERT SIGOUIN Pro Se Defendant is not authorized by ROBERT ALEXANDRE SIGOUIN.

This is to include any material submitted by Brandon Flores esq. but no only him.

Respectfully,

Robert Sigouin
Robert Sigouin
Robert Sigouin

SCANNED

Name: Robert Sigoin
Number: 92215-022
FDC Honolulu
P.O. Box 30080
Honolulu, HI 96820

Official Business

HONOLULU HI 968
25 JUL 2006 PM 3 T

Honorable J. Michael Seabright,
The United States District Court,
District of Hawaii,
300 Ala Moana Blvd.,
Hono., Hi., 96850.

Legal Mail

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 01 2006
DISTRICT OF HAWAII

Dear Sue Beitia, please file into my Case No. CR-05-00248 J.M.S. and return to me one stamped copy please.

Respectfully
Robert Sigouin

SCANNED