# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

8/4/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 05-00248JMS-BMK-02 |
| CASE NAME: | United States of America vs. Robert Alexander Sigouin |
| ATTYS FOR PLA: | Mark A. Inciong |
| ATTYS FOR DEFT: | Brandon K. Flores - Stand By Counsel<br>Robert Alexander Sigouin - Pro Se |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Sharon Ross |
| DATE: | 8/4/2006 | TIME: | 9:10 - 9:25 |

COURT ACTION: 1) United States' Motion for Entry of Preliminary Order of Forfeiture. 2) Defendant's Mandatory Judicial Notice of Immediate Termination of Counsel Brandon Flores:

Defendant present in custody with stand-by counsel Brandon Flores.

Defendant's Mandatory Judicial Notice of Immediate Termination of Counsel Brandon Flores DENIED.

United States' Motion for Entry of Preliminary Order of Forfeiture signed by Judge Seabright.

Submitted by:  Dottie Miwa, Courtroom Manager