# ORIGINAL

BRANDON K. FLORES 6714
Ocean View Center
707 Richards Street, Suite 516
Honolulu, Hawaii  96813
Telephone:  (808) 599-4700
Facsimile:   (808) 599-4702



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 04 2006
at 9 o'clock and 25 min. a.M
SUE BEITIA, CLERK

Standby Attorney for Defendant
ROBERT ALEXANDER SIGOUIN (02)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT ALEXANDER SIGOUIN,<br>(02)<br><br>Defendant. | CR. NO. 05-00248 JMS<br><br>DEFENDANT ROBERT ALEXANDER SIGOUIN'S RESPONSE TO THE PROPOSED PRESENTENCE REPORT; CERTIFICATE OF SERVICE |

### DEFENDANT ROBERT ALEXANDER SIGOUIN'S RESPONSE TO THE PROPOSED PRESENTENCE REPORT

COMES NOW the Defendant, ROBERT ALEXANDER SIGOUIN, (hereafter "Defendant"), through standby counsel, Brandon K. Flores, and states that he has the following objections to the Proposed Presentence Report.

As to paragraph 57, **Adjustment for Acceptance of Responsibility**, standby counsel for the Defendant believes that the Defendant clearly demonstrated acceptance of responsibility for his offense by entering a guilty plea to counts 1, 2 and 7 of the Fourth Superseding Indictment. Therefore, he is entitled to a decrease of the offense level by 2 levels.

As to paragraph 60, **Total Offense Level**, based on the foregoing, it should be 24.

As to paragraph 80, **Advisory Guideline Provisions,** based on a total offense level of 24 and a criminal history category of I, the guideline range for imprisonment should be 51 to 63 months.

DATED:  Honolulu, Hawaii, August 4, 2006.

_____
BRANDON K. FLORES
Standby Attorney for Defendant
ROBERT ALEXANDER SIGOUIN

## CERTIFICATE OF SERVICE

I, BRANDON K. FLORES hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on September 16, 2005:

MARK A. INCIONG
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii 96813

Attorney for Plaintiff
UNITED STATES OF AMERICA

ANNE M. SHIMOKAWA
U.S. Probation Officer
Honolulu, Hawaii 96813

DATED: Honolulu, Hawaii, August 4, 2006.

_____
BRANDON K. FLORES
Attorney for Defendant
ROBERT ALEXANDER SIGOUIN