ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 04 2006

at 4 o'clock and 30 min __M
SUE BEITIA, CLERK

Robert Sigouin, #92215-022
F.D.C. Honolulu,
P.O. Box 30080,
Hono., Hi, 96820

THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

| U.S.A. Plaintiff vs. ROBERT ALEXANDER SIGOUIN Defendant | Case NO CR-05-00248 J.M.S. MANDATORY JUDICIAL NOTICE OF REQUEST FOR TRANSCRIPTS OF ROBERT ALEXANDER SIGOUIN'S COURTROOM PROCEEDINGS and Affidavit in Support. By: Robert Sigouin |
|---|---|

MANDATORY JUDICIAL NOTICE OF REQUEST FOR TRANSCRIPTS OF ROBERT ALEXANDER SIGOUIN'S COURTROOM PROCEEDINGS and Affidavit in support in Case NO CR-05-00248 JMS.

Comes now Robert Sigouin PRO SE Defendant and lawful man on the land. I am addressing this matter in Case/Account NO. CR-05-00248 J.M.S. for the following reason:

I've previously, to the court clerk and MAGISTRATE JUDGE BARRY KURREN requested my court transcripts which I gravely need for refference matter in my case.

No transcripts have been sent to me and I need this information and believe it is my right to have them.

I therefore move this Honorable Court to have them released to me.

Respectfully,

Robert Sigouin

Robert Sigouin #92215-022
F.D.C. Honolulu
P.O. Box 30080
Hono., Hi., 96820

THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

| | |
|---|---|
| U.S.A.<br>Plaintiff<br>V.S.<br>ROBERT ALEXANDER SIGOUIN<br>Defendant | Case NO. CR-05-00248 JMS.<br>MANDATORY JUDICIAL NOTICE CONCERNING GOVERNMENT'S SENTENCING STATEMENTS, EXIBITS "A"-"C" and Affidavit in support.<br>By Robert Sigouin |

MANDATORY JUDICIAL NOTICE CONCERNING GOVERNMENT'S SENTENCING STATEMENTS, EXIBITS "A"-"C" and affidavit in support in Case NO CR-05-00248 J.M.S.

I Robert Sigouin a lawful man on the land and PRO SE Defendant am addressing this matter in the MANDATORY JUDICIAL NOTICE CONCERNING GOVERNMENT'S STATEMENTS in Case/Account NO CR.-05-00248 J.M.S. for the following reasons:

1- Because MR. SIGOUIN is held at F.D.C. Honolulu and does not have immediate acess to the Courts he made a real effort to file his response by the deadline of July 14th to the Courts and other concerned party's.

It is obvious that because of his office being at the Courthouse the prosecutor could have made sure MR. SIGOUIN would get his response by the 14th of July but no the prosecutor filed his response at 355 PM. apparently to gain some sort of tactical advantage

NEXT PAGE

2

and obviously did not make any effort whatsoever to notify MR. SIGOUIN by the 14th of July. I don't even think that the probation office received or at least got to read the response on the 14th either.

Therefore ROBERT ALEXANDER SIGOUIN says that this GOVERNMENT'S SENTENCING STATEMENT, EXIBITS "A" - "C", IS MOTT and moves this Honorable Court to disregard them as they were beyond the reasonable time of response stated on the PRESENTENCE REPORT.

Respectfully,

Robert Sigouin