Affidavit in support of MANDATORY JUDICIAL NOTICE FOR TRANSCRIPTS OF ROBERT ALEXANDER SIGOUIN'S COURTROOM PROCEEDINGS and MANDATORY JUDICIAL NOTICE CONCERNING GOVERNMENT'S SENTENCING STATEMENTS, EXIBITS "A"-"C" in Case NO. CR-05-00248 J.M.S.

I Robert Sigouin a lawful man and living soul do affirm that the statements in the MANDATORY JUDICIAL NOTICE FOR TRANSCRIPTS OF ROBERT ALEXANDER SIGOUIN'S COURTROOM PROCEEDINGS and MANDATORY JUDICIAL NOTICE CONCERNING GOVERNMENT'S SENTENCING STATEMENTS, EXIBITS "A"-"C" in Case NO. CR-05-00248 J.M.S. are all true, correct, the truth, whole truth, and nothing but the truth to the best of my knowledge.

Signed under penalty of perjury before GOD and man.

*Robert Sigouin*

On this day the 31st of July, 2006 AD did personally appear Robert Sigouin, known to me as the person described in and who has executed the foregoing instrument and acknowledged hat he executed the same as his free act and deed.

Witness my signature,
*Ned Toguchi*

Witness my signature,
*[signature]*