Certificate of service,

A copy of the MANDATORY JUDICIAL NOTICE FOR TRANSCRIPTS OF ROBERT ALEXANDER SIGOUIN'S COURTROOM PROCEEDINGS and MANDATORY JUDICIAL NOTICE CONCERNING GOVERNMENT'S SENTENCING STATEMENTS, EXIBITS "A"-"C" in Case/Account NO CR-05-00248 JMS have been sent by U.S. MAIL TO:

Honorable J. Michael Seabright,
The United States District Court,
District of Hawaii,
300 Ala Moana Blvd.,
Hono., Hi, 96850.

Anne M. Shimokawa, U.S. Probation Officer,
300 Ala Moana Blvd.,
Hono., Hi, 96850.

Sue Beitia, Clerk
The United States District Court,
District of Hawaii,
300 Ala Moana Blvd.,
Hono., Hi, 96850.

Mark Inciong A.U.S.A.,
300 Ala Moana Blvd. Room 6-100,
Hono., Hi, 96850.