IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. NO. 05-00248-02 JMS |
| | ) | |
| Plaintiff, | ) | ORDER DENYING IN PART |
| | ) | DEFENDANT'S MANDATORY |
| v. | ) | JUDICIAL NOTICE OF REQUEST |
| | ) | FOR TRANSCRIPTS OF ROBERT |
| ROBERT ALEXANDER SIGOUIN, | ) | ALEXANDER SIGOUIN'S |
| | ) | COURTROOM PROCEEDINGS |
| Defendant. | ) | |
| _____ | ) | |

ORDER DENYING IN PART DEFENDANT'S MANDATORY JUDICIAL
NOTICE OF REQUEST FOR TRANSCRIPTS OF ROBERT ALEXANDER
SIGOUIN'S COURTROOM PROCEEDINGS

On August 4, 2006, pro se Defendant Robert Sigouin filed a "Request for Transcripts of Robert Alexander Sigouin's Courtroom Proceedings." Sigouin raises two issues in this request. First, he seeks court transcripts to aid in his preparation for his sentencing. Second, he moves to strike the government's sentencing statement as untimely.

Sigouin states in his memorandum in support of his request that he has already raised the issue of obtaining court transcripts with Magistrate Judge Barry M. Kurren. The court therefore REFERS this matter to Magistrate Judge Kurren for final resolution.

With respect to Sigouin's motion to strike, the court has reviewed the matter and finds that the government's sentencing statement was not untimely. While it may have taken some time for Sigouin to receive the sentencing statement at the Federal Detention Center, the government filed its statement within the time allowed.  The court therefore DENIES Sigouin's motion to strike the government's sentencing statement.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, August 7, 2006.



J. Michael Seabright
United States District Judge

*United States of America v. Sigouin*, Cr. No. 05-00248-02 JMS, Order Denying in Part Defendant's Mandatory Judicial Notice of Request for Transcripts of Robert Alexander Sigouin's Courtroom Proceedings