Affidavit in support of Mandatory Judicial Notice of Mitigating Factors and Pre Sentence Statements in Case NO-CR-05-00248 J.M.S.

The above statements in the Mandatory Judicial Notice of Mitigating Factors and Pre Sentence Statements in Case/Account NO-CR-05-00248 J.M.S. are all true, correct, the truth, whole truth and nothing but the truth to the best of my knowledge. I Robert Sigouin a lawful man and living soul do Affirm this Affidavit.

Signed under penalty of perjury before GOD and MAN.

*Robert [signature]*

On this day the 9th of August, 2006 A.D. before me did personally appear Robert Sigouin to me know to be the person described in and who is executing the foregoing instrument, and acknowledged that he executed the same as his free act and deed.

Witness my signature,

*[signature]*

Witness my signature,

*Ned Taguchi*