Certificate of service

A copy of the Mandatory Judicial Notice of Mitigating Factors and Pre Sentence Statements and affidavit in support in Case/Account No CR-05-00248 have been sent by U.S. Mail to:

Honorable J. Michael Seabright,
The United States District Court,
District of Hawaii
300 Ala Moana Blvd.,
Hono., Hi., 96850.

Sue Beitia Clerk,
The United States District Court,
District of Hawaii
300 Ala Moana Blvd.,
Hono. Hi. 96850.

Anne M. Shimokawa,
U.S. Probation Officer,
300 Ala Moana Blvd.,
Hono., Hi., 96850.

Mark Inciong A.U.S.A.
300 Ala Moana Blvd. Room 6-100
Hono., Hi; 96850