# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/31/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 05-00248-002 |
| CASE NAME: | United States of America vs. Robert Alexander Sigouin |
| ATTYS FOR PLA: | Mark Inciong |
| ATTYS FOR DEFT: | Robert Sigouin - Pro Se &  Brandon K. Flores - Standby Counsel) |
| U.S.P.O: | Anne Shimokawa |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Sharon Ross |
| DATE: | 08/31/2006 | TIME: | 10:05 - 10:30 |

COURT ACTION:  Sentencing to Counts 1, 2 and 7 of the Fourth Superseding Indictment:

Defendant present in custody with standby counsel Brandon Flores.

The court reporter has 30 days to transcribe the  witnesses testimony at the trial.
Mr. Inciong to provide the names of the witnesses which need to be transcribed.
Mr. Inciong has until September 29, 2006 to file his documents and Mr. Sigouin has until October 27, 2006 to respond.

Further sentencing continued to November 22, 2006 at 9:00 a.m.

Submitted by:   Dottie Miwa, Courtroom Manager