ORIGINAL

Robert Sigouin #92215-022
FDC Honolulu
P.O.Box 30080
Hono.,Hi.,96820.

THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| U.S.A. ) | |
| ) | CASE NO.CR-05-00248JMS |
| Plaintiff ) | |
| ) | MANDATORY JUDICIAL NOTICE OF PRE-SENTENCE STATEMENTS |
| VS ) | Certificate of service and affidavit in support. |
| ) | By Robert Sigouin |
| ROBERT ALEXANDER ) | |
| SIGOUIN ) | |
| ) | |
| Defendant ) | |
| ) | |

Comes now Robert Sigouin a lawful man on the land I am addressing these matters in Case Account NO-CR-05-00248JMS for the following reasons:

1- I Robert Sigouin Pro-Se Defendant in Case NO-CR-05-00248JMS.did not go to trial.I plead guilty to Judge Michael Seabright to an indictment stating: Approx.295 Grams of a mixture and substance containing a detectable amount of heroine a schedule 1 substance.
Forfeiture of approximately twenty six thousand seven hundred and ninety dollars, which I have already done.
Possession of 41 hollow point long rifle mini-mag .22 caliber bullets.
   I Robert Sigouin did not go to trial, I plead guilty so anything that may have happened at someone elses trial anyone elses trial for that matter is not anything I Robert Sigouin plead guilty to.

2- It's probably right that at sentencing Mr. Sigouin has no right to cross examine a witness because if the trial the prosecutor is talking about would be Mr. Sigouin's trial then Mr. Sigouin would have done so at the trial, obviously, but since it was not Mr. Sigouin's trial he was obviously not there to do so.
   Under Apprendi.If the type and quantity of drugs involved in a charged crime may be used to impose a sentence above the statutory minimum for an undeterminate quantity of drugs then the type and quantity of drugs is an element of the offense that MUST be charged in the indictment. Comprehensive Drug Abuse Prevention and Control Act of 1970 S 401 (b)(1)(C),21 U.S.C.A. S 841(b)(1)(C). USSG S 1B1.1 et seq.18 USCA.

3- Webster's definition of vindictive is: vengeful, to seek revenge intend to hurt,spiteful, seeking to avenge,frustrate,making vain or ineffectual all efforts however vigorous or persistent to deceive to induce feelings of discouragement.

Page 2

4- Mr Sigouin received several superseding indictments and plead guilty to the last one. Any charges that could increase the sentence in this case should and must be included in the indictment.

In conclusion I Robert Sigouin Pro Se Defendant in Case/Account NO-CR-05-00248JMS., plead guilty only to the amount of drugs(approx.295 grams)forfeiture of 26,790 dollars, and possession of some bullets, I did not go to trial. As expressed by the probation office and Brandon Flores Esq. the base level is 26 and because of my guilty plea I accepted responsibility my age and lack of a criminal record should qualify for a safety valve and all the very dangerous and individual mitigating factors filed previously should be considered when imposing sentence.

Respectfully,

Robert Sigouin

*/s/ Robert Sigouin*

Affidavit in support of MANDATORY JUDICIAL NOTICE OF PRE-SENTENCE STATE-MENTS in Case/Account CR-05-00248-JMS.

The above statements in the MANDATORY JUDICIAL NOTICE NOTICE OF PRE-SENTENCE STATEMENTS are all true, correct, not misleading, the truth, whole truth, and nothing but the truth to the best of my knowledge. I Robert Sigouin a lawful man and living soul do affirm this affidavit.

Signed under penalty of perjury before

GOD and man,

_____

On this day the 1st of November 2006AD before me personally appeared Robert Sigouin to me known to be the person described in and who executed the foregoing instrument, and acknowledged hat he executed the same as his free act and deed.

Witness my signature,

_____

Witness my signature,

_____

CERTIFICATE OF SERVICE

A copy of MANDATORY JUDICIAL NOTICE OF PRE-SENTENCE STATEMENTS in case NO-CR-05-00248-JMS, has been delivered by US Mail to:

Honorable J.Michael Seabright,
The United States District Court
District of Hawaii,
300 Ala Moana Blvd.,
Hono.,Hi.,96850.

Brandon Flores Esq.,
Ocean View Center,
707 Richards Street Suite516,
Hono.,Hi.,96813.

Anne M. Shimokawa,
U.S. Probation Officer,
300 Ala Moana Blvd.,
Hono.,Hi.,96850.

Mark Inciong A.U.S.A.,
300 Ala Moana Blvd.,
Hono.,Hi.,96850.

Sue Beitia, Clerk,
The United States District Court,
District of Hawaii,
300 Ala Moana Blvd.,
Hono., Hi., 96850.