Name: Robert Sigocin
Number: 92215-022
FDC Honolulu
P.O. Box 30080
Honolulu, HI 96820

Legal Mail

Honorable Judge Michael Seabright,
The United States District Court,
District of Hawaii,
300 Ala Moana Blvd.,
Hono., Hi. 96850

HONOLULU HI 968
02 NOV 2006 PM 2 T

FEDERAL DETENTION CENTER
P.O. BOX 130080
HONOLULU, HI 96813
"SPECIAL MAIL"
DATE: -2 NOV

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.



Legal Mail