Name: Robert Sigounia
Number: 93815-022
FDC Honolulu
P.O. Box 30080
Honolulu, HI 96820

*Legal Mail*

**FEDERAL DETENTION CENTER**
P.O. BOX 130000
HONOLULU, HI 96819
DATE: 2 NOV '06
"SPECIAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.

*Legal Mail*

Sue Beitia, Clerk,
The United States District Court,
District of Hawaii,
300 Ala Moana Blvd.,
Hono., Hi., 96850

