# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/21/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 05-00248JMS-BMK-02 |
| CASE NAME: | United States of America vs. Robert Alexander Sigouin |
| ATTYS FOR PLA: | Mark A. Inciong |
| ATTYS FOR DEFT: | Robert Alexander Sigouin - Pro Se<br>Brandon K. Flores - Standby Counsel |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Sharon Ross |
| DATE: | 12/21/2006 | TIME: | 9:20 - 10:10 |

COURT ACTION:  Sentencing as to Counts 1, 2 and 7th of the Fourth Superseding Indictment:

Defendant present in custody with standby counsel Brandon Flores.

Sentencing continued to March 8, 2007 at 9:00 a.m.

Mr. Sigouin to file his motion to withdraw guilty plea by January 26, 2007 and Mr. Inciong to respond by February 8, 2007.  Mr. Sigouin has until February 15, 2007 to respond to the governments response.

Hearing on Motion to Withdraw Guilty Plea  set for February 22, 2007 at 10:00 a.m.

Submitted by:  Dottie Miwa, Courtroom Manager