Robert Sigouin #92215-022
F.D.C. Honolulu,
P.O. Box 30080,
Hono., Hi, 96820.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 9 2007
at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

THE UNITED STATES DISTRICT COURT, DISTRICT OF HAWAII

| U.S.A. (Plaintiff) vs. ROBERT SIGOUIN (Defendant) | Case NO: CR-05-00248 J.M.S. MANDATORY JUDICIAL NOTICE ON MATTER OF ACCEPTANCE OF RESPONSIBILITY in Case no: CR-05-00248 J.M.S. and affidavit in support. (By Robert Sigouin) |
|---|---|

MANDATORY JUDICIAL NOTICE ON MATTER OF ACCEPTANCE OF RESPONSIBILITY in Case no: CR-05-00248 J.M.S. and affidavit in support.

Comes now Robert Sigouin a lawful man on the land. I am addressing this matter for the following reasons:

When I accepted responsibility and plead guilty Glen Choy my stand by counsel at the time had been telling my wife and myself that with a guilty plea my sentence would be less than 5 years because of acceptance of responsibility and the safety valve.

About one month after my plea Glen Choy came to F.D.C. and told me that if I agreed to another mental evaluation he might be able to get my sentence reduced to approx. 10 years. Completely distraught and confused I asked him to explain why. He said that the prosecutor was enhancing my sentence because of things that were said at someone else's trial (CASH'S) and it would be their word against mine and that the judge is going to believe them — end of story. I said how can this be I plead guilty to 295 grams my wife and daughter will be so upset. Well his response was a shock and a lie. He exclaimed loudly "I never told you

NEXT PAGE

to plead guilty." Needless to say, that was the end of the conversation and once again my trust in Attorney's was gone.

When the probation officer came to see me Glen Choy was in the interview room first. He tried to tell me what to say to the probation officer as if she was the enemy so I told him to leave. I'm very sorry if she misunderstood me when we spoke.

I told the probation officer I was tricked because I was told by two attorney's and the prosecutor I would get 5 years or less, and a few weeks later I'm told by Glen Chow I would get much more time than that. I plead guilty to 295 grams which is level 26 and that with the safety valve and acceptance of responsibility (my guilty plea) I believed I would get less than 5 years. I do believe I was tricked but, I did accept responsibility for the crimes in the indictment. I was so distraught and so confused that even I once said I should not get acceptance of responsibility. MR FLORES + MR. INCIONG have both said I should get acceptance of responsibility.

Acceptance of responsibility is a precedent factor in the rehabilitation process and according to the transcript of my guilty plea I admitted under oath to the crimes in the indictment and therefore with Your Honor's acceptance of my guilty plea you accepted my testimony of my responsibility for said crimes.

With all due respect to Your Honor and the probation officer I believe acceptance of responsibility must be granted.

Respectfully,
Robert Siddoin

Affidavit in support of MANDATORY JUDICIAL NOTICE ON MATTER OF ACCEPTANCE OF RESPONSIBILITY in Case NO. CR-05-00248 J.M.S.

The above statements in the MANDATORY JUDICIAL NOTICE ON MATTER OF ACCEPTANCE OF RESPONSIBILITY in Case Account NO: CR-05-00248 J.M.S. are all true correct, the truth, whole truth, and nothing but the truth, to the best of my knowledge. I Robert Sigouin a lawful man and living soul do affirm this affidavit

Signed under penalty of perjury before God and man.

*Robert Sigouin*

On this day the 7th of February 2007 A.D. before me did personally appear Robert Sigouin to me, known to be the person described in and who is executing the foregoing instrument and acknowledged that he executed the same as his free act and deed.

Witness my signature,

*Ned N Toguchi*

Witness my signature,

*[signature]*