# Certificate of service

A copy of the MANDATORY JUDICIAL NOTICE ON MATTER OF ACCEPTANCE OF RESPONSIBILITY and affidavit in support in CASE CR-05-00248 J.M.S. has been sent by U.S. mail to:

Honorable J. Michael Seabright,
The United States District Court,
District of Hawaii,
300 Ala Moana Blvd.,
Hono., Hi., 96850.

Brandon Flores Esq.,
Ocean View Center,
707 Richards St., Suite 516,
Hono., Hi., 96813.

Sue Beitia, Clerk,
The United States District Court,
District of Hawaii,
300 Ala Moana Blvd.,
Hono., Hi., 96850.

Anne M. Shimokawa,
U.S. Probation Officer,
300 Ala Moana Blvd.,
Hono., Hi., 96850

Mark Inciong A.U.S.A.
P.J.K.K. Federal Bldg.,
300 Ala Moana Blvd., Suite 6100
Hono., Hi., 96850.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 9 2007
at __ o'clock and __ min. __ M
SUE BEITIA, CLERK