

Robert Sigoin #92215-022
FDC Handolus,
P.O. Box 30080,
Hono., Hi., 96820,

Sue Beitia, Clerk,
The United States District Court,
District of Hawaii,
300 Ala Moana Blvd.,
Hono., Hi., 96850.

Legal
Mail.



Legal Mail

10/1/0