Dear Sue Beitia,

I'm so sorry I could not make any more copies because my copy card that we use here at F.D.C. to make copies ran out. Could you please make me a copy of the original with the court stamp and return it to me for my files please. Your patience is greatly appreciated.

Sincerely,

Robert Sigouin

RECEIVED
CLERK U.S. DISTRICT COURT
FEB 0 9 2007
DISTRICT OF HAWAII