Robert Sigouin #92215-022
FDC Honolulu
P.O.Box 30080
Hono.Hi. 96820

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 3 2007

at 4 o'clock and 39 min. P M
SUE BEITIA, CLERK

THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

| U.S.A. (Plaintiff) | ) ) ) | |
|---|---|---|
| Vs. | ) ) ) | MOTION IN RESPONSE TO SENTENCING ENHANCEMENT in Case No. CR-05-00248 JMS. |
| ROBERT SIGOUIN (Defendant) | ) ) ) | (By Robert Sigouin) |

MOTION IN RESPONSE TO SENTENCING ENHANCEMENTS in Case No.CR-05-00248 JMS.

Comes now Robert Sigouin a lawful man on the land. I am addressing this matter for the following reason:

I feel a need to explain my reasoning for having no desire to question witnesses against me.

When in court on the 21st. of Dec.2006 Your Honor addressed the prosecutor for quite a lengthy time explaining to him why it would be difficult to make a judgment on the enhancement because of so many different amounts of drugs or money on several different discovery, motions and testimony by the witnesses and prosecution allegedly involved in this case. I myself have at least 8 different story's and every one of them are all Hearsay except for the 295grams to which I plead guilty.

As a Pro-Se defendant and not an attorney I reason in what I will call common sense and common sense tells me that to question these witnesses who have had 21months to prepare and to be prepared by the Government for any questions could NOT no matter how many times they were questioned erase the FACT that there are still all the previous many different story's and only adding another to the confusion couldn't ever change that fact.

In conclusion with all due respect to make a decision beyond any reasonable doubt with so many different story's would be unreasonable.

Respectfully,

Robert Sigouin
(Pro-Se defendant)

Dated March 9th 2007

*Robert Sigouin* (signature)

CERTIFICATE OF SERVICE

A copy of the MOTION IN RESPONSE TO SENTENCING ENHANCEMENTS in Case No:CR-05-00248 JMS. has been delivered by US Mail to;

Honorable J. Michael Seabright
The United States District Court
District of Hawaii
300 Ala Moana Blvd.
Hono. Hi.,96850.

Sue Beitia Clerk
The United States District Court
District of Hawaii
300 Ala Moana Blvd.
Hono. Hi. 96850.

Anne M. Shimokawa
U.S. Probation Officer
300 Ala Moana Blvd.
Hono. Hi.,96850

Mark Inciong A.U.S.A.
300 Ala Moana Blvd.
Hono.,Hi.,96850.

Brandon Flores Attorney
Ocean View Center
707 Richards Street Suite 516
Hono. Hi.,96813.

Name: Robert Sigoin
Number: 92215-022
FDC Honolulu
P.O. Box 30080
Honolulu, HI 96820

HONOLULU HI 968
12 MAR 2007 PM 4 L

LEGAL MAIL

Sue Beitia, Clerk,
The United States District Court,
District of Hawaii,
300 Ala Moana Blvd.,
Hono., Hi., 96850.

