Robert Sigouin #92215-022
Fdc. Honolulu
Po. Box 30080
Hono. Hi. 96820.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 5 2007

at 4 o'clock and 30 min P M
SUE BEITIA, CLERK

THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

| | |
|---|---|
| U.S.A. Plaintiff ) | CASE NO. CR-05-00248 JMS. |
| VS ) | |
| ROBERT SIGOUIN ) | MOTION IN RESPONSE TO SWITCHBLADE ENHANCEMENT |
| Defendant ) | |
| ) | (by Robert Sigouin pro-se defendant) |

Comes now Robert Sigouin pro-se defendant, I am addressing this matter for the following reason:

Every day ten times a day I think about the two point enhancement (15 months) for a knife found under my bed several days after my arrest. I tried to explain it on Dec. 21st but was told by Judge Seabright that it was too late to explain. Well-- maybe so but I must get the true story off my mind and on the record so, if you don't read it well that's your choice. I'll try keep it as short as possible.

My daughter Michelle and two of her friends asked me to put up a teather ball pole for them (the girls were between the ages of 8 and 10 at the time). While I was digging a hole and mixing concrete to secure the pole the girls were all playing on swing I had installed previously. While looking for a shovel in the garage, where my sons and their friends play music and store their camping gear right on the floor was "The Knife" open. Thinking that the girls could hurt themselves I took "The Knife" and put it in my room where it would be safe and returned to my project and forgot all about "it". Well the next time I heard of the knife was after my guilty plea on a motion for a two point enhancement.

Hence the act of love I did by putting "The Knife" in a safe place so that three little girls might not injure themselves turns out to be the cause for me not to be able to be with "my daughter" and help protect her from harm for an extra fifteen months. I am 59 years old and have no history of violence whatsoever. "Amazing"!!!!!

Dated March 12th 2007.

Respectfully,

Robert Sigouin

The facts in this motion are all true,

Signed under penalty of perjury before God and man.

*Robert Sigouin* (signature)

CERTIFICATE OF SERVICE

    A copy of MOTION IN RESPONSE TO SWITCHBLADE ENHANCEMENT in case NO:CR-05-00248 JMS,has been sent by US Mail to :


Honorable J. Michael Seabright
The United States District Court
District of Hawaii
300 Ala Moana Blvd.
Hono.,Hi.,96850.


Brandon Flores,Attorney,
Ocean View Center,
707 Richards Street,Suite 516,
Hono.,Hi., 96813.


Anne M. Shimokawa,
U.S. Probation Officer,
300 Ala Moana Blvd,
Hono.,Hi.,96850.


Sue Beitia,Clerk,
The United States District Court
District of Hawaii,
300 Ala Moana Blvd.,
Hono.,Hi.,96850.


Mark Inciong A.U.S.A.,
300 Ala Moana Blvd,
Hono., Hi.,96850.

Name: Robert Sugovia
Number: 92215-022
FDC Honolulu
P.O. Box 30080
Honolulu, HI 96820

LEGAL MAIL

**FEDERAL DETENTION CENTER**

P.O. BOX 130080
HONOLULU, HI 96819

DATE: _____

"SPECIAL MAIL"
The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Sue Beitia, Clerk,
The United States District Court,
District of Hawaii,
300 Ala Moana Blvd.,
Hono., HI., 96850.

HONOLULU HI 968
14 MAR 2007 PM 4 L



RECEIVED
CLERK, U.S. DISTRICT COURT
MAR 15 2007
4:30pm
DISTRICT OF HAWAII

Dear Sue Beitia,

**RECEIVED**
CLERK, U.S. DISTRICT COURT
MAR 15 2007
4:30p
DISTRICT OF HAWAII

    Could you please file in Case/Account NO:CR-05-00248 JMS, and please return to me one stamped copy for my records.

                            Thank you sincerely,

                            Robert Sigouin.