ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 23 2007

at __ o'clock and ___ min. __M
SUE BEITIA, CLERK

EDWARD H. KUBO, JR. (#2499)
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI (#2286)
Chief, Narcotics Section

MARK A. INCIONG (C.A. BAR #163443)
RACHEL S. MORIYAMA (#3802)
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email: Mark.Inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00248 JMS |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| vs. | ) | |
| ROBERT ALEXANDER SIGOUIN, (02) | ) | |
| Defendant. | ) | |

FINAL ORDER OF FORFEITURE

WHEREAS, on August 7, 2006, this Court entered a Preliminary Order of Forfeiture, ordering defendant ROBERT ALEXANDER SIGOUIN to forfeit his interest in the following property:

> Approximately Twenty-six thousand seven hundred ninety dollars ($26,790) in United States Currency seized on June 3, 2005 from a room with a skull and sword on the door in

   the residence at 6157 Makaniolu Place,
   Honolulu, Hawaii

(hereinafter collectively referred to as the "Subject Property"); and

  WHEREAS, the United States caused to be published in the Honolulu Star-Bulletin, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the Subject Property in accordance with the law and as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the Subject Property;

  WHEREAS, no timely claim has been filed; and

  WHEREAS, the Court finds that defendant ROBERT ALEXANDER SIGOUIN had an interest in the Subject Property that is subject to forfeiture pursuant to 21 U.S.C. § 853;

  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Subject Property is hereby forfeited to the United States of America pursuant to 21 U.S.C. § 853.

  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the Subject Property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

DATED: _March 23, 2007_, at Honolulu, Hawaii.

_____
UNITED STATES DISTRICT JUDGE

USA v. Robert Alexander Sigouin (02)
Cr. No. 05-00248 JMS
"Final Order of Forfeiture"