Affidavit in support of MOTION TO JUDGE MICHAEL SEABRIGHT FOR SENTENCE ADJUSTMENT PURSUANT TO RULE 35A of Post-Sentence procedures in Case/Account NO: CR-05-00248 JMS.

The above statements in the Motion to Judge Michael Seabright for sentence adjustment pursuant to Rule 35A of Post-Sentence procedures are all true, correct, the truth, the whole truth and nothing but the truth to the best of my knowledge. I Robert Sigouin do affirm this affidavit.

Signed under penalty of perjury before God and man.

Robert Sigouin

On this day the 27th of March 2007 before me did personally appear Robert Sigouin to me, known to be the person described in and who is executing the foregoing instrument, and acknowledged that he executed the same as his free act and deed.

Witness my signature,

Ned M. Taguchi

Witness my signature,

Scott