Certificate of Service

A Copy of Motion to Judge Michael Seabright for Sentence Adjustment pursuant to Rule 35A of Post Sentence Procedures and affidavit in CASE NO- CR-05-00248 JMS. has been sent by U.S. Mail to:

Honorable J. Michael Seabright
The United States District Court
District of Hawaii
300 Ala Moana Blvd.
Hono.,Hi.,96850.

Brandon Flores,Attorney,
Ocean View Center,
707 Richards Street,Suite 516,
Hono.,Hi., 96813.

Anne M. Shimokawa,
U.S. Probation Officer,
300 Ala Moana Blvd,
Hono.,Hi.,96850.

Sue Beitia,Clerk,
The United States District Court
District of Hawaii,
300 Ala Moana Blvd.,
Hono.,Hi.,96850.

Florence Nakakuni A.U.S.A.
300 Ala Moana Blvd,
Hono., Hi.,96850.