Name: Robert Sequin
Number: 92215622
FDC Honolulu
P.O. Box 30080
Honolulu, HI 96820

Legal Mail

Sue Beitia, Clerk,
The United States District Court,
District of Hawaii,
300 Ala Moana Blvd.,
Hono., Hi., 96850

Dear Sue Beitia,

   Could you please file into my case file and return to me one stamped copy please. Your help is greatly appreciated.

Sincerely,

Robert Sigouin

RECEIVED
CLERK, U.S DISTRICT COURT
APR 1 3 2007
DISTRICT OF HAWAII