RECEIVED
CLERK U.S. DISTRICT COURT
JUL 14 2008
2:40p
DISTRICT OF HAWAII

Dear Court Clerk,

Could you please forward these to the proper authority and return to me a copy of the first page, page 2 with the court stamp for my files please. Thank you for your help.

Aloha!

Respectfully,

Robert Sigouin

Robert Sigouin
B03-063-L,
C.C.A., E.D.C.,
P.O. Box 605,
Eden, Texas, 76837

P.S. I have no staple gun. Could you kindly staple these three copies for me. Thanks again.

Mahalo.

A copy of Motion Under 28 U.S.C. § to vacate and korrect sentence by a person in Federal Custody has been sent by U.S. Mail to the following:

Court Clerk,
The United States District Court
District of Hawaii,
300 Ala Moana Blvd.,
Honolulu, Hawaii, 96850.

Brandon Flores, Attorney,
Ocean View Center,
707 Richards Street, Suite 516,
Honolulu, Hawaii, 96813.

Suzanne Jones,
228-1845 Baseline Rd.,
Ottawa, Ontario, K2C 3K4,
Canada

From: Robert Sigouin, #92215-022
       B03-063-L,
       C.C.A., E.D.C.,
       P.O. Box 605,
       Eden, Texas, 76837