Robert Sigouin #92215-022
B03-063-L
C.C.A., E.D.C.,
P.O. Box 605,
Eden, Texas 76837.

Court Clerk,
The United States District Court,
District of Hawaii,
300 Ala Moana Blvd.,
Honolulu, Hawaii 96850.



This correspondence is forwarded from the CCA Eden Detention Center Correctional Facility and the CCA-Eden Correctional Facility. Detention Center Correctional Facility. Detention Center is not responsible for the substance or content of the enclosed communication.