# MINUTES

CASE NUMBER:     CR NO. 05-00248JMS-BMK/CV NO. 08-00323JMS

CASE NAME:     United States of America Vs. (02) Robert Alexander Sigouin

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:     J. Michael Seabright          REPORTER:

DATE:     07/16/2008                     TIME:

---

COURT ACTION:     "MINUTE ORDER"

EO: Petitioner filed a Motion under 28 U.S.C. section 2255 to Vacate, Set Aside, or Correct Sentence on July 14, 2008.  The government shall file its Response by August 14, 2008, absent further extension granted by the court.  The government's Response shall address both: (1) the timeliness of Petitioner's Motion, *see, e.g., Whalem/Hunt v. Early,* 233 F.3d 1146, 1148 (9th Cir. 2000) (en banc); *Johnson v. Hill,* 224 Fed. Appx. 641, 641 (9th Cir. 2007); and (2) the merits of Petitioner's Motion.


Submitted by Leslie L. Sai, Courtroom Manager